# Exhibit 1

C30020-7.TIF

# Exhibit 2

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**OFFICIAL SEAL**

## FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



REG

**VAu 557-306**

EFFECTIVE DATE OF REGISTRATION

Jul 17 2002
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**  Small Flower Group A

**NATURE OF THIS WORK ▼ See instructions**

**PREVIOUS OR ALTERNATIVE TITLES ▼**  C30018, C30015 C30020, C30011  2-1156

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**  **Number ▼**  **Issue Date ▼**  **On Pages ▼**

---

**NAME OF AUTHOR ▼**  LA PRINTEX INDUSTRIES INC

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile** Name of Country
OR { Citizen of ▶
Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**  2002 ◀ Year  *This information must be given in all cases.*

**Date and Nation of First Publication of This Particular Work**  Complete this information ONLY if this work has been published.  Month ▶   Day ▶   Year ▶   ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
LA PRINTEX INDUSTRIES INC
3270 E. 26th Street
VERNON  CA 90023

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

**APPLICATION RECEIVED**
JUL 17 2002
**ONE DEPOSIT RECEIVED**
JUL 17 2002
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions   • Sign the form at line 8

DO NOT WRITE HERE

Page 1 of 2 pages

| | |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

*See instructions before completing this space.*

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ _____ Account Number ▼ _____

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

L.A. PRINTEX INDUSTRIES, INC
3270 E 26th STREET        Attn. Esther Jung
VERNON, CA 90023

Area code and daytime telephone number ▶ (323) 269-0100      Fax number ▶ (323) 269-0300

Email ▶

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
*Name of author or other copyright claimant, or owner of exclusive right(s) ▲*

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Esther Jung       Date ▶ 8/1/02

Handwritten signature (X) ▼

✗ _Esther_

| | |
|---|---|
| Certificate will be mailed in window envelope to this address: | Name ▼ L. A. PRINTEX INDUSTRIES, INC<br>Number/Street/Apt ▼ 3270 E. 26th Street<br>City/State/ZIP ▼ VERNON, CA 90023 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

*As of July 1, 1999, the filing fee for Form VA is $30.*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**\*17 U.S.C. § 506(e):** Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999

♻ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

# Exhibit 3





**JCPenney**

**Every Day Matters**
jcp.com

**JCPENNEY 1368**
7507 W. CERMAK RD.
NORTH RIVERSIDE, IL 6
1-708-442-6600
www.jcpenney.com

340/90967/020805      CRT G LS 2PC BS PANT
UPC N: 716042447931
            QTY 1                    17.00T

Subtotal                             17.00
Sales Tax 10.0000% 60546              1.70
Total                                18.70

*************************************
*************************************
Save 15% by telling us about your
shopping experience at
www.JCPSurvey.com
Type directly into the address line
Do not use web search to access
Access code valid for 7 days
Access Code 1368 190 9814 072008 1557 6
*************************************
*************************************
Total Items Sold  1
Total Items Returned
CASH                                    00
       Change                           00









# Exhibit 4



P000000057     100908801*3

S000197346
02604000003MA0000       43812

**Aeropostale/WT Long Sleeve**
S?.M                    $10.00

Plato's Closet 80143
525 Lincoln Highway, Ste 26
Fairview Heights, Il  62208
(618)628-9986
Fax (618)628-0103

Trans#: 60608      Date:09/11/2008 06:59p
POS ID: 3          Employee: MA

--------- SALES ITEMS ---------
S000197346 WT Long Sleeve            10.00

Subtotal                             10.00

STATE TAX       10.00 *  7.60%        0.76

TOTAL                                10.76

Pmt: Cash                            11.00
RT: Cash                             -0.24

YOU HAVE THE CLOTHES...
WE HAVE THE MONEY! TRADE YA

Return policy: 7 days with receipt
& tags attached. No returns on shoes,
accessories, & clearance items.
Hours: Mon-Sat 10-8  Sun 12-5
www.myspace.com/platoscloset_fairview

Exhibit 5

H80167

# Exhibit 6

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

VA 1-394-018

EFFECTIVE DATE OF REGISTRATION

2 / 5 / 2007
Month / Day / Year

---

**1** **DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Title of This Work ▼

SP-H80167

Previous or Alternative Titles ▼

H80167

NATURE OF THIS WORK ▼ See instructions

TEXTILE DESIGN

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2** NAME OF AUTHOR ▼

**a** LA PRINTEX INDUSTRIES, INC.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☒ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Name of Author ▼

**b** LA PRINTEX INDUSTRIES, INC.

Dates of Birth and Death:
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☒ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3** **a** Year in Which Creation of This Work Was Completed

2006
Year     ◄ This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month APRIL   Day 21   Year 2006
ONLY if this work has been published.
USA     ◄ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

LA PRINTEX INDUSTRIES, INC.
3270 E. 26TH ST. VERNON, CA 90023

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
FEB 05 2007
ONE DEPOSIT RECEIVED
FEB 05 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY BD/DW

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5**
PREVIOUS REGISTRATION

**6**
DERIVATIVE WORK OR COMPILATION

a

b

**7**
DEPOSIT ACCOUNT

a

CORRESPONDENCE
LA PRINTEX INDUSTRIES, INC.
VERNON, CA 90023

b

Area code and daytime telephone number   ( 323 ) 269-0100         Fax number   ( 323 ) 269-0190
Email

**8**
CERTIFICATION

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
check only one ▶ ☐ authorized agent of

Typed or printed name and date ▼
TAE SOON NAH                                             Date  FEB. 01, 2007

Handwritten signature (X) ▼

**9**
LA PRINTEX INDUSTRIES, INC.

1810 E. 14TH ST.

VERNON, CA 90023

# Exhibit 7

