Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538
Email: stephen@donigerlawfirm.com

Attorneys for Plaintiff

FILED
CLERK U.S. DISTRICT COURT
JUL 1 5 2009
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM CARTER CO., a Georgia Corporation; et al.; <br><br> Defendants. | Case No.: CV 09-2449 JFW (FMOx) <br><br> [~~PROPOSED~~] ORDER ON STIPULATION FOR DISMISSAL OF A PARTY PURSUANT TO FED.R.CIV. P. 41(a)(1). |

[~~PROPOSED~~] ORDER:

For good cause appearing, the following is hereby ORDERED:

1. This Complaint is to be dismissed <u>with prejudice</u> as to WINMARK CORPORATION d/b/a PLATO'S CLOSET, a Minnesota Corporation.
2. The parties are to bear their own attorneys' fees and costs of suit as incurred against one another.

IT IS SO ORDERED.

Dated: July ___, 2009        By: _____
                                HON. JOHN F. WALTER
                                U.S. DISTRICT COURT JUDGE

[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL