Stephen M. Doniger, Esq. (SBN 179314)
Email: Stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe., Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM CARTER CO., a Georgia Corporation; et al.,<br><br>Defendants. | Case No.:  CV09-2449 JFW (FMOx)<br>*Honorable John F. Walter Presiding*<br><br>**NOTICE OF DISMISSAL OF A PARTY PURSUANT TO FED.R.CIV.P. 41 et seq.** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff, L.A. Printex Industries, Inc. ("LAP"), hereby files the following dismissal of one party to this action, and does so pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i):

1 – Notice of Dismissal

1. LAP hereby dismisses without prejudice only HAMMOND GARMENT MANUFACTURING CO., INC. from this action.

The action will continue as to the remaining defendants.

Respectfully submitted,

Dated: March 29, 2010            DONIGER / BURROUGHS

By:   /S/ Scott A. Burroughs
      Scott A. Burroughs, Esq.
      Attorneys for Plaintiff

2 – Notice of Dismissal