Stephen M. Doniger, Esq. (SBN 179314)
Email: Stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
Email: scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe., Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM CARTER CO., a Georgia Corporation; et al.,<br><br>Defendants. | Case No.: CV09-2449 JFW (FMOx)<br>*Honorable John F. Walter Presiding*<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

     PLEASE TAKE NOTICE THAT Plaintiff, L.A. Printex Industries, Inc. ("LAP") and William Carter Co. ("Carter") have reached a resolution that will cover all claims asserted in this action by LAP and against Carter, and Carter's customers,

1 – Notice of Settlement

for the goods at issue in this case. As such, the motions filed by LAP and Carter, including each parties' discovery motion, may be removed from the active calendar.

LAP and Carter are currently working to finalize the terms of the written settlement agreement, and will file a stipulation for dismissal of the released parties upon completion of same.

The action will continue as to the only remaining Defendants, Aeropostale, Inc. and Ms. Bubbles, Inc.

                                            Respectfully submitted,

Dated: April 29, 2010                    DONIGER / BURROUGHS

                                 By:    /S/ Scott A. Burroughs
                                              Scott A. Burroughs, Esq.
                                              Attorneys for Plaintiff