DEBORAH F. SIRIAS, SB# 102893
E-Mail: sirias@lbbslaw.com
THOMAS S. KIDDE, SB# 61717
E-Mail: kidde@lbbslaw.com
ROBERT M. COLLINS, SB #254915
E-Mail: rcollins@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
MS. BUBBLES, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM CARTER CO., a Georgia corporation; MEIJER, INC., a Michigan corporation; JC PENNEY CORPORATION, INC., a Texas corporation; CARSON PIRIE SCOTT & CO., a Wisconsin corporation; MACY'S, INC., an Ohio corporation; KOHLS CORPORATION, a Wisconsin corporation; SEARS HOLDINGS CORPORATION, an Illinois corporation; BURLINGTON COAT FACTORY DIRECT CORP., a New Jersey corporation; CARTER'S, INC., d/b/a CARTER'S CHILDREN, a Georgia corporation; TOYS "R" US, INC. d/b/a BABIES "R" US, a New Jersey corporation; WINMARK CORPORATION d/b/a PLATO'S CLOSET, a Minnesota corporation; AEROPOSTALE, INC., a New York corporation; MS. BUBBLES, INC., a California corporation; HAMMOND GARMENT MANUFACTURING CO., INC., a Louisiana corporation; and DOES 1 through 10,<br><br>Defendants. | CASE NO. CV09-2449 JFW (FMOx)<br>*The Honorable John F. Walter*<br><br>**DECLARATION OF DEBORAH F. SIRIAS IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  June 21, 2010<br>Time:  10:00 a.m.<br>Ctrm.:  16<br><br>Discovery Cut-off:  June 7, 2010<br>Pre-Trial Conf.:  July 23, 2010<br>Trial Date:  August 10, 2010<br>Action Filed:  April 8, 2009 |

4814-8803-0470.1

DECLARATION OF DEBORAH F. SIRIAS IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

I, Deborah F. Sirias, declare as follows:

1. I am an attorney duly admitted to practice before all the Courts of the State of California and a partner in the law firm Lewis Brisbois Bisgaard & Smith, LLP, counsel of record herein for Defendants Ms. Bubbles, Inc. ("MBI") and Aeropostale, Inc. ("Aeropostale") (collectively "Defendants").

2. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

3. I make this Declaration in Support of Defendants' Motion for Summary Judgment.

4. Attached hereto as Exhibit "1", are the relevant pages of Jae Nah's deposition transcript taken on May 20, 2010.

5. Attached hereto as Exhibit "2", is the Declaration of Daniel R. Lewis showing copyright lawsuits filed by L.A. Printex Industries, Inc. ("LAP").

6. Attached hereto as Exhibit "3", is a true and correct copy of L.A. Printex Design Number C30020 deposited with the Copyright Office for Small Flower Group A, Registration VAu 557-306; along with a true and correct copy of an invoice from Peerless Patents dated September 8, 2009, showing that Ms. Bubbles, Inc. ordered a copy of the deposit materials for United States Copyright Registration VAu 557-306.

7. Attached hereto as Exhibit "4", is the Declaration of Sanjiv Chopra.

8. Attached hereto as Exhibit "5", is the Declaration of Collette Stanford.

9. Attached hereto as Exhibit "6", is a true and correct copy of the L.A. Printex Certificate of Registration VAu 557-306 dated July 17, 2002 for Small Flower Group A.

10. Attached hereto as Exhibit "7", are the relevant pages of Moon Choi's deposition transcript taken on May 20, 2010.

11. Attached hereto as Exhibit "8", is a true and correct copy of Exhibit "1" to the Complaint in this action which shows a Design Number C30020 different

1  than the C30020 deposited by L.A. Printex with the United States Copyright Office
2  for Small Flower Group A.
3     12.   Attached hereto as collective Exhibit "9", are true and correct copies of
4  photo images of flower designs which I caused to be obtained from a review of 10
5  albums of "The Album of China Textile Patterns", The Editorial Board of the
6  Album of China Textile Patterns, for the years 2000-2009. I believe these designs
7  are for public use and/or are in the public domain based upon the lack of any
8  copyright notice or indications of authorship.
9     13.   Attached hereto as Exhibit "10", is a true and correct copy of L.A.
10 Printex's Sales by Item Detail for January 1, 2002 through January 19, 2009
11 showing sales for Design Number C30011.
12     14.   Attached hereto as Exhibit "11", is a true and correct copy of L.A.
13 Printex's sales for January 1, 2002 through February 22, 2010 for Design Number
14 R1154.
15     15.   Attached hereto as collective Exhibit "12", is a true and correct copy of
16 L.A. Printex's Sales by Item Detail for January 1, 2002 through August 12, 2009 for
17 Design Number C30020, showing the date of sale as October 18, 2002.
18     16.   Attached hereto as Exhibit "13", is a true and correct copy of the Form
19 CA Supplemental Registration allegedly filed by L.A. Printex with the Copyright
20 Office dated February 22, 2010, showing a publication date of April 1, 2002.
21     17.   Attached hereto as Exhibit "14", is a true and correct copy of the Form
22 CA Supplemental Registration allegedly filed by L.A. Printex with the Copyright
23 Office dated May 12, 2010, showing a publication date of October 18, 2002.
24     18.   Attached hereto as Exhibit "15", is an email from Regina Yeh dated
25 May 19, 2010, which provided notice for the first time that L.A. Printex had
26 allegedly submitted a second Form CA Supplemental Registration (LAP Bates Nos.
27 000124 – 000134) to the United States Copyright Office.
28     19.   Attached hereto as Exhibit "16", is a true and correct copy of L.A.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

1  Printex's Application for Design Number C30020 dated May 10, 2010, with an
2  accompanying cover letter dated May 13, 2010. The Design Number C30020
3  included with this Application differs from the Design Number C30020 registered
4  with Small Flower Group A.

5      20. In or about August, 2009, I ordered the deposit materials for Copyright
6  Registration VAu 557-306 from the Copyright Office through a service LBBS uses.
7  The cost of that order was $598.00. In my experience, orders of copyright deposit
8  materials range from $500 up to $1,000 if the order is placed on an expedited basis.

9      21. On May 11, 2010, counsel for Defendants attempted to meet and confer
10 with counsel for L.A. Printex regarding Defendants' Motion for Summary Judgment
11 and L.A. Printex's counsel. L.A. Printex's counsel did not meet and confer and did
12 not disclose that on February 22, 2010, it had filed a Form CA Supplemental
13 Registration for Small Flower Group A. Attached hereto as Exhibit "17" is a true
14 and correct copy of an email from Cory Baskin to Scott Burroughs dated May 11,
15 2010.

16     22. On or about May 13, 2010, counsel for L.A. Printex allegedly
17 submitted a second Form CA Supplemental Registration for Small Flower Group A.
18 Attached hereto as Exhibit "18", is a true and correct copy of an email from Regina
19 Yeh, counsel for L.A. Printex dated May 19, 2010, and attachments thereto showing
20 that L.A. Printex had submitted a second Form CA Supplemental Registration for
21 Small Flower Group A. (See, LAP 000129 – 000134).

22     23. Attached hereto as Exhibit "19", is a true and correct copy of the Order
23 Granting Defendants' Motion for Summary Judgment (Dkt. No. 57) and Denying
24 Plaintiff's Motion for Summary Judgment (Dkt. No. 48) in the case entitled, *L.A.*
25 *Printex Industries, Inc. v. Aeropostale, et al.*, 2010 U.S. Dist. LEXIS 46961 (C.D.
26 Cal. 2010).

27     24. Attached hereto as Exhibit "20", is a true and correct copy of the Civil
28 Minutes in the case entitled, *United Fabrics International, Inc. v. C&J Wear Inc., et*

1  *al.*, Case No. CV08-1085 JVS (AJWx) filed August 20, 2009.

2  25. Attached hereto as Exhibit "21", is a true and correct copy of the First Amended Complaint in the case entitled, *L.A. Printex Industries, Inc. v. Stony Apparel Corp., et al.*, Case No. CV09-0432 DDP (AGRx) filed September 11, 2009, showing that one of the claims therein is premised upon the infringement of Design Number C30011 which has been withdrawn in the CA Form Supplemental Registration allegedly submitted to the Copyright Office by L.A. Printex on or about May 13, 2010.

26. Attached hereto as Exhibit "22", is a true and correct copy of the relevant responses of L.A. Printex to William Carter Defendants' Requests for Production of Documents dated December 14, 2009. The responses to Requests No.s 26-32 indicate L.A. Printex would produce documents related to sales and publication of Design Number 30020. During the deposition of Jae Nah on May 20, 2010, counsel for L.A. Printex indicated that if the responses state documents would be produced, then L.A. Printex has already done so.

27. Attached hereto as Exhibit "23", is a true and correct copy of the Second Amended Notice of Deposition of Moon Choi and Requests for Production of Documents. Request Nos. 6 and 7 specifically request documents relating to the publication of Design C30020. Request Nos. 4 and 5 request documents relating to sales of Design C30020. During Moon Choi's deposition on May 20, 2010, counsel for L.A. Printex represented that the documents sought had been previously produced. See Exhibit "7" attached hereto, p. 9, line 18 – p. 10, line 19.

28. Attached hereto as Exhibit "24", is a true and correct copy of relevant discovery responses by L.A. Printex to MBI's Interrogatories dated August 26, 2009, relating to sales of Design C30020. See, Interrogatory Response Nos. 3 and 19. L.A. Printex responded that the documents would be produced pursuant to FRCP, Rule 33(d). During the deposition of Jae Nah on May 20, 2010, counsel for L.A. Printex indicated that if the responses state documents would be produced, then

1 L.A. Printex has already done so.

2     29.    Attached hereto as Exhibit "25", is a true and correct copy of L.A. Printex's Supplementary Responses to Defendant William Carter Co.'s Interrogatories, Set Two dated February 23, 2010. Request Nos. 16 and 18 seek the production of documents relating to the marketing display, sale and distribution of Design C30020. L.A. Printex responded that it would produce the documents requested pursuant to FRCP, Rule 33(d). During the deposition of Jae Nah on May 20, 2010, counsel for L.A. Printex indicated that if the responses state documents would be produced, then L.A. Printex has already done so.

    30.    Attached hereto as Exhibit "26" is a true and correct copy of Defendants' design that L.A. Printex alleges is infringing of its Design Number C30020.

    31.    On May 23, 2010, I caused a search to be conducted on the United States Copyright Office website, cocatalog.loc.gov, for copyright registrations owned by L.A. Printex. This search returned 509 registrations owned by L.A. Printex. The first page of the search results indicates that most, if not all, of these registrations are for collective works and thus it is likely that these collective registrations represent thousands of individual fabric designs registered by L.A. Printex. Attached hereto as Exhibit "27", is a true and correct copy of a printout of the search I caused to be conducted on the Copyright Office website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on May 24, 2010, at Los Angeles, California.

                                                              s/ Deborah F. Sirias
                                                                Deborah F. Sirias