```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3                          - - -
 4
 5   L.A. PRINTEX INDUSTRIES,  )
     INC., a California        )
 6   corporation,              )
                               )
 7                             )
                Plaintiff,     )
 8                             )
                               )
 9        VS.                  )   No. CV09-2449 JFW
                               )   (FMOx)
10                             )
     WILLIAM CARTER CO., a Georgia )
11   corporation; et al.,      )
                               )
12                             )
                Defendants.    )
13   _____)
14
15
16              DEPOSITION OF ANIL CHUGH
17              CULVER CITY, CALIFORNIA
18              WEDNESDAY, APRIL 28, 2010
19
20
21   ATKINSON-BAKER, INC.
     COURT REPORTERS
22   (800) 288-3376
     WWW.DEPO.COM
23
24   REPORTED BY:  KATHY SEIDENGLANZ, CSR No. 3331
25   FILE NO.:  A404046
```

CERTIFIED COPY

1

-- we only asked them what is the source of this? And they told us the local market.

Q    Okay. Did you ask them if they or someone they knew created the design?

A    I didn't ask that question.

Q    Okay. You understand that L.A. Printex is alleging that one of its designers created the design; correct?

A    I have come to know this now. I didn't know that before. Had we known that, probably we wouldn't have done this fabric or this (indiscernible) --

THE REPORTER:  "This fabric or this," what?

THE WITNESS:  This print.

BY MR. BURROUGHS:

Q    Okay. So other than L.A. Printex alleging that its designer created the design on the garments at issue, as you sit here today, you have no understanding or no information regarding any other party creating the design that is on the garments at issue?

A    Yes -- no, I don't have any understanding.

Q    So after reviewing the records in Vimi's file, were you able to ascertain the different steps in the transaction that led to the purchase by Ms. Bubbles of the garments in the issue? If that's

35

record but they are just having a colloquy between themselves.

    MS. SIRIAS: Yes, that's it.

BY MR. BURROUGHS:

    Q    Okay. Other than the Vimi records and some of the invoices and purchase orders that you found, do you recall turning anything else over to your attorney?

    A    Like what?

    MS. SIRIAS: Relating to this design?

BY MR. BURROUGHS:

    Q    Yes, anything relating to this design and relating to this case.

    A    No.

    Q    Do you recall answering a series of questions that were posed by the plaintiff in this case relating to the garments at issue?

    MS. SIRIAS: Do you mean like interrogatories?

    MR. BURROUGHS: Yes.

    THE WITNESS: Yes.

BY MR. BURROUGHS:

    Q    Okay. Do you recall if one of the interrogatories queried as to the total revenue number that was derived by Ms. Bubbles from its sales of the

garment at issue?

    A    Yes.

    Q    What was the total revenue number derived by Ms. Bubbles for sales of the garments at issue?

    A    It's about 601,000 and some change.

    Q    Okay.  And that 600,000 was earned by Ms. Bubbles in connection with the sales of the garments at issue to only Aeropostale; is that correct?

    A    The use of the word "earned" -- sales is not what you earned.

    Q    The total revenue number, remember?

    A    Revenue we can talk about yes, 601,000 is the total revenue for the style.

    Q    And all 600,000 or so was paid to Ms. Bubbles by Aeropostale?

    A    Yes, some less, not complete.  There were some deductions.

    Q    What deductions did they claim?

    A    I think discount was one and then there were some debits and charge-backs.

    Q    Do you recall on what grounds they claimed those debits and/or charge-backs?

    A    I don't recall that.  It's a regular part of our business that comes every day so I don't remember

46

1    REPORTER'S CERTIFICATION OF CERTIFIED COPY

7    I, KATHY SEIDENGLANZ, CSR No. 3331, Certified Shorthand Reporter in the State of California, certify that the foregoing proceedings constitute a true and correct copy of the original deposition of ANIL CHUGH, taken on WEDNESDAY, APRIL 28, 2010.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this ___ day of May, 2010.

_____
KATHY SEIDENGLANZ, CSR NO. 3331