Stephen M. Doniger, Esq. (SBN 179314)
Scott A. Burroughs, Esq. (SBN 235718)
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538
Email: stephen@donigerlawfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM CARTER CO., a Georgia Corporation; et al.; <br><br> Defendants. | Case No.:  CV 09-2449 JFW (FMOx) <br><br> CORRECTED <br> **ORDER ON STIPULATION FOR DISMISSAL PURSUANT TO FED.R.CIV. P. 41(a)(1).** <br><br> [STRIKE DOC ENTRY 105] |

**[PROPOSED] ORDER**:

For good cause appearing, the following is hereby ORDERED:

1. This Complaint is to be dismissed with prejudice as to The William Carter Co., Meijer, Inc., J.C. Penney Corporation, Inc., The Bon-Ton Department Stores, Inc.(erroneously sued as Carson Pirie Scott & Co.), Macy's Retail Holdings, Inc. (erroneously sued as Macy's, Inc.), Kohl's Corporation, Sears Roebuck and Co. (erroneously sued as Sears Holdings Corporation), Burlington Coat Factory Direct Corp., Carter's, Inc. d/b/a Carter's Children, and Toys "R" Us-Delaware, Inc. d/b/a

Babies "R" Us (erroneously sued as Toys "R" Us, Inc. d/b/a Babies "R" Us);

2. Defendants' counter-claim against Plaintiff is to be dismissed <u>with prejudice</u>;

3. The parties are to bear their own attorneys' fees and costs of suit as incurred against one another.

<u>IT IS SO ORDERED</u>.

Dated: ~~June 30, 2010~~  July 1, 2010

By:_____
HON. JOHN F. WALTER
U.S. DISTRICT COURT JUDGE