JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. Printex Industries, Inc., | Case No. **CV 09-2449-JFW (FMOx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| William Carter Co., et al., | |
| Defendant. | |

The Court having granted the Defendants' motion for summary judgment based on its determination that there were no genuine issues as to any material fact and that Defendants were entitled to judgment as a matter of law on all claims for relief alleged against them,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff L.A. Printex Industries, Inc. shall recover nothing from Defendants Ms. Bubbles, Inc. and Aeropostale, Inc.;

1    2.   Defendants Ms. Bubbles, Inc. and Aeropostale, Inc. shall have judgment in their favor on Plaintiff's entire action; and

    3.   Defendants Ms. Bubbles, Inc. and Aeropostale, Inc. shall recover from Plaintiff their costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: July 2, 2010            _____
                                    JOHN F. WALTER
                               UNITED STATES DISTRICT JUDGE