UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM CARTER CO., et al.,<br><br>Defendants. | CASE NO. CV09-2449-JFW (FMOx)<br><br>AMENDED JUDGMENT |

## AMENDED JUDGMENT

The Court having granted the Defendants' motion for summary judgment based on its determination that there were no genuine issues as to any material fact and that Defendants were entitled to judgment as a matter of law on all claims for relief alleged against them; and

The Court having granted Defendant's motion for attorneys' fees pursuant to 17 U.S.C. § 505,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

1. Plaintiff L.A. Printex Industries, Inc. shall recover nothing from

LEWIS BRISBOIS

1  Defendants Ms. Bubbles, Inc. and Aeropostale, Inc.;
2      2.  Defendants Ms. Bubbles, Inc. and Aeropostale, Inc. shall have judgment in
3  their favor on Plaintiff's entire action;
4      3.  Defendant Ms. Bubbles, Inc. shall recover its attorneys' fees from Plaintiff
5  L.A. Printex, Inc. in the amount of $217,556.50;
6      4.  Defendant Aeropostale, Inc. shall recover its attorneys' fees from Plaintiff
7  L.A. Printex, Inc. in the amount of $198,888.56;
8      5.  Defendants Ms. Bubbles, Inc. and Aeropostale, Inc. shall recover from
9  Plaintiff their costs of suit in the sum of $4,722.00.
10     The Clerk is ordered to enter this judgment.

DATED: 12/10/10

_____
The Honorable John F. Walter
United States District Court Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS
BRISBOIS

4812-9515-0856.1

1
[PROPOSED] AMENDED JUDGMENT