# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM CARTER CO., et al., <br><br> Defendants. | CASE NO. 09-2449 AK <br><br> **PLAINTIFF'S PROPOSED SPECIAL VERDICT FORM** <br><br> Final Pre-trial Conference: <br> Date:        November 9, 2012 <br> Time:        10:00 a.m. <br> Courtroom: 16 – Spring Street <br><br> Trial:         November 27, 2012 |

## SPECIAL VERDICT FORM

*We, the Jury, answer the questions submitted to us in regard to United Fabric International, Inc.'s claims in this action as follows:*

### PART I: DIRECT LIABILITY

1. Do you find that Ms. Bubbles, Inc. violated L.A. Printex Industries, Inc.'s copyright in its fabric design? YES / NO

2. Do you find that Aeropostale, Inc. violated L.A. Printex Industries, Inc.'s copyright in its fabric design? YES / NO

## PART II: VICARIOUS LIABILITY

3. Do you find that Ms. Bubbles, Inc. vicariously violated L.A. Printex Industries, Inc.'s copyright in its fabric design? YES / NO

4. Do you find that Aeropostale, Inc. vicariously violated L.A. Printex Industries, Inc.'s copyright in its fabric design? YES / NO

If you answered YES to any of the above, please proceed to the questions below.

## PART III: Actual Damages

5. What do you find to be the total amount of Ms. Bubbles, Inc.'s revenues from its sales of the infringing garments?

   $ _____

6. What do you find to be the total amount of direct deductable expenses that Ms. Bubbles, Inc. incurred in connection with its sales of the infringing garments?

   $ _____

7. Please state the total amount of Ms. Bubbles, Inc.'s recoverable profits by subtracting the amount in line 7 from line 6:

   $ _____

8. What do you find to be the total amount of Aeropostale, Inc., Inc.'s revenues from its sales of the infringing garments?

   $ _____

9. What do you find to be the total amount of direct deductable expenses that Aeropostale, Inc., Inc. incurred in connection with its sales of the infringing garments?

2
SPECIAL VERDICT FORM

$ _____

10. Please state the total amount of Aeropostale, Inc., Inc.'s recoverable profits by subtracting the amount in line 9 from line 8:

$ _____

11. What amount of profits do you find to be lost by L.A. Printex Industries, Inc. due to Defendants' printing the infringing fabric at another facility instead of through L.A. Printex Industries, Inc.?

$ _____

12. What amount of money do you find was lost by L.A. Printex Industries, Inc. in connection with the creation and development of the design that was infringed by Defendants?

$ _____

13. Please state your total damage award for L.A. Printex Industries, Inc. by adding together your Answers to Questions: 7, 10, 11, and 12:

$ _____

**PART IV: Statutory Damages**

1. In the alternative, we award statutory damages in the following amount:

$ _____

DATED: _____     SIGNED: _____
                                             UNITED STATES DISTRICT COURT
                                             PRESIDING JUROR

*Please deliver this verdict form to the bailiff after it is completed and signed*.