1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

10

**CENTRAL DISTRICT OF CALIFORNIA**

11

12

13

14

15

16

17

18

19

20

| L.A. PRINTEX INDUSTRIES, INC., a California corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>WILLIAM CARTER CO.,  et al,<br><br>          Defendants. | CASE NO. CV09-2449 AK (FMOx)<br>*The Honorable Alex Kozinski*<br><br>**DEFENDANTS' PROPOSED SPECIAL VERDICT FORMS**<br><br>Date:           November 9, 2012<br>Time:          10:00 a.m.<br>Courtroom:    16<br><br>Pre-Trial Conf.:   November 9, 2012<br>Trial Date:      November 27, 2012<br>Action Filed:    April 8, 2009 |

21

22

23

24

25

26

27

28



**<u>Defendants' Verdict Form 1</u>**

**<u>L.A. PRINTEX INDUSTRIES, INC. V. WILLIAM CARTER, CO., *et al*</u>**

Case No. CV 09-2449 AK (FMOx)

**SPECIAL VERDICT – COPYRIGHT INFRINGEMENT**

We, the jury, in the above-entitled action, find the following Special Verdict on the questions submitted to us:

1.  Did L.A. Printex deposit a swatch of fabric bearing Design C30020 with the Copyright Office along with its original application for copyright registration of "small flower group A"?

YES____  NO_____

If your answer to Question 1 is "No", sign this Verdict Form without completing any remaining questions on this Verdict Form.  Do not complete any remaining Verdict Forms.  If your answer to Question 1 is "Yes", then answer the next question.

2.  Did the sample of the Design C30020 deposited by L.A. Printex with the Copyright Office contain the complete C30020 design and at least part of one repletion of the design?

YES____  NO_____

If your answer to Question 2 is "No", sign this Verdict Form without completing any remaining questions on this Verdict Form.  Do not complete any remaining Verdict Forms.  If your answer to Question 2 is "Yes", then answer the next question.

3.  Were all of the designs comprising "small flower group A" (C30018, C30015, C30011, R1154, and C30020) unpublished as of July 17, 2002?

YES____  NO_____

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    If your answer to Question 3 is "No", sign this Verdict Form without
2  completing any remaining questions on this Verdict Form.  Do not complete any
3  remaining Verdict Forms.  If your answer to Question 3 is "Yes", then answer the
4  next question.

5

6    4.  Is Design C30020 an original work of authorship?

7                                        YES_____   NO_____

8    If your answer to Question 4 is "No", sign this Verdict Form without
9  completing any remaining questions on this Verdict Form.  Do not complete any
10 remaining Verdict Forms.   If your answer to Question 4 is "Yes", then answer the
11 next question.

12

13   5.  Is L.A. Printex the rightful author of Design C30020 under the work made for
14      hire doctrine?

15                                        YES_____   NO_____

16   If your answer to Question 5 is "No", sign this Verdict Form without
17 completing any remaining questions on this Verdict Form.  Do not complete any
18 remaining Verdict Forms.   If your answer to Question 5 is "Yes", then answer the
19 next question.

20

21   6.  Did Defendants have access to Design C30020 prior to their allegedly
22      infringing conduct?

23                                        YES_____   NO_____

24   If your answer to Question 6 is "No",  the answer Question 7.  If your answer
25 Question 6 is "Yes", then skip Question 7 and answer Question 8.

26

27   7.  Was Design C30020 available in the marketplace prior to Defendants'
28      allegedly infringing conduct?

LEWIS
BRISBOIS
BISGARD
& SMITH LLP
ATTORNEYS AT LAW

4837-2767-2593.1                          3
                    DEFENDANTS' PROPOSED SPECIAL VERDICT FORMS

1          YES____  NO_____

2          If your answer to Question 7 is "No", sign this Verdict Form without

3  completing any remaining questions on this Verdict Form.  Do not complete any

4  remaining Verdict Forms.   If your answer to Question 7 is "Yes", then skip

5  Question 8 and answer Question 9.

6

7      8.  Is the design on the garments sold by Defendants substantially similar to

8          Design C30020?

9          YES____  NO_____

10         If your answer to Question 8 is "No", sign this Verdict Form without

11  completing any remaining questions on this Verdict Form.  Do not complete any

12  remaining Verdict Forms.   If your answer to Question 8 is "Yes", then skip any

13  remaining questions, sign this Verdict Form and go to Verdict Form 2.

14

15     9.  Is the design on the garments sold by Defendants strikingly similar to  Design

16         C30020?

17         YES____  NO_____

18         If your answer to Question 9 is "No", sign this Verdict Form without

19  completing any remaining questions on this Verdict Form.  Do not complete any

20  remaining Verdict Forms.   If your answer to Question 9 is "Yes", then sign this

21  Verdict Form and go to Verdict Form 2.

22

23  Dated: _____                    _____

24                                         Foreperson

25

26

27

28



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-2767-2593.1                    4
                    DEFENDANTS' PROPOSED SPECIAL VERDICT FORMS

1

**<u>Defendants' Verdict Form 2</u>**

2

**<u>L.A. PRINTEX INDUSTRIES, INC. V. WILLIAM CARTER, CO., *et al*</u>**

3

Case No. CV 09-2449 AK (FMOx)

4

**SPECIAL VERDICT – UNCLEAN HANDS**

5

**(If You Answered No To Any Of The Questions On Verdict Form 1 Do No**

6

**Complete This Form)**

7

We, the jury, in the above-entitled action, find the following Special Verdict on

8

the questions submitted to us:

9

  1.  Has L.A. Printex engaged in unfair conduct related to its obtainment of a

10

     copyright for Design C30020?

11

12

YES____  NO_____

13

    If your answer to Question 1 is "No", sign this Verdict Form without

14

answering Question 2 and go to Verdict Form 3.  If your answer Question 1 is

15

"Yes", then answer the next question.

16

17

  2.  Was L.A. Printex's conduct so unfair as to justify denying it any recovery

18

     against these Defendants for infringement Design C30020?

19

YES____  NO_____

20

    If your answer to Question 2 is "Yes", then sign this Verdict Form, but do not

21

complete any remaining Verdict Forms.   If your answer to Question 2 is "No", then

22

sign this Verdict Form and go to Verdict Form 3.

23

24

Dated: _____                      _____

25

Foreperson

26

27

28



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-2767-2593.1

DEFENDANTS' PROPOSED SPECIAL VERDICT FORMS

1

**Defendants' Verdict Form 3**

2

**L.A. PRINTEX INDUSTRIES, INC. V. WILLIAM CARTER, CO., *et al***

3

Case No. CV 09-2449 AK (FMOx)

4

**SPECIAL VERDICT – COPYRIGHT MISUSE**

5

**(If You Answered No To Any Of The Questions On Verdict Form 1 Do No**

6

**Complete This Form)**

7

We, the jury, in the above-entitled action, find the following Special Verdict on

8

the questions submitted to us:

9

1. Did Plaintiff attempt to assert rights in an invalid copyright registration when

10

it claimed infringement of its Design C30020 which forms a part of its copyright

11

registration for Small Flower Group "A", United States Copyright Registration

12

No. VAu 557-306?

13

YES____  NO_____

14

If your answer to Question 1 is "Yes", then answer Question 2.  If your

15

answer to Question 2 is "No", then sign this Verdict Form and go to Verdict

16

Form 4.

17

2. Did Plaintiff use its copyright registration for Small Flower Group "A" to

18

threaten litigation against third parties?

19

YES____  NO_____

20

If your answer to Question 2 is "Yes", then sign this Verdict Form, but do not

21

complete any remaining Verdict Forms.   If your answer to Question 2 is "No",

22

then sign this Verdict Form and go to Verdict Form 4.

23

YES____  NO_____

24

25

Dated: _____                    _____

26

Foreperson

27

28



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>Defendants' Verdict Form 4</u>**

**<u>L.A. PRINTEX INDUSTRIES, INC. V. WILLIAM CARTER, CO., *et al*</u>**

Case No. CV 09-2449 AK (FMOx)

**SPECIAL VERDICT – FRAUD ON THE COPYRIGHT OFFICE**

**(If You Answered No To Any Of The Questions On Verdict Form 1 Do No**

**Complete This Form)**

 We, the jury, in the above-entitled action, find the following Special Verdict on the questions submitted to us:

 1. Did Plaintiff knowingly fail to advise the Copyright Office that designs submitted with its application for registration of the unpublished collection Small Flower Group A were published at the time it submitted its application?

             YES_____ NO_____

 If your answer to Question 1 is "Yes", then sign this Verdict Form, but do not complete any remaining Verdict Forms. If your answer to Question 1 is "No", then sign this Verdict Form and go to Verdict Form 5.

5.

Dated: _____       _____

          Foreperson



**<u>Defendants' Verdict Form 5</u>**

**<u>L.A. PRINTEX INDUSTRIES, INC. V. WILLIAM CARTER, CO., *et al*</u>**

Case No. CV 09-2449 AK (FMOx)

**SPECIAL VERDICT – STATUTORY DAMAGES**

**(If You Answered No To Any Of The Questions On Verdict Form 1 Do No Complete This Form)**

We, the jury, in the above-entitled action, find the following Special Verdict on the questions submitted to us:

1.  Did L.A. Printex have a valid copyright registration for "small flower group A", which includes Design C30020, prior to Defendants' infringing conduct?

    YES_____  NO_____

If your answer to Question 1 is "No", sign this Verdict Form without completing any more questions on this Verdict Form and then go to Verdict Form 6.  If your answer to Question 1 is "Yes", then answer the next questions.

2.  Was Ms. Bubbles' infringement of Design C30020 innocent?

    YES_____  NO_____

3.  Was Ms. Bubbles' infringement of Design C30020 willful?

    YES_____  NO_____

4.  Was Aeropostale's infringement of Design C30020 innocent?

    YES_____  NO_____

5.  Was Aeropostale's infringement of Design C30020 willful?

    YES_____  NO_____



LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4837-2767-2593.1

8

DEFENDANTS' PROPOSED SPECIAL VERDICT FORMS

1    6.  What is the amount of statutory damages you award to L.A. Printex?

2                                              Amount: $_____

3    Please sign this Verdict Form and go to Verdict Form 6.

4

5    Dated: _____                    _____

6                                              Foreperson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**Defendants' Verdict Form 6**

**L.A. PRINTEX INDUSTRIES, INC. V. WILLIAM CARTER, CO.,** *et al*

Case No. CV 09-2449 AK (FMOx)

**SPECIAL VERDICT – ACTUAL DAMAGES**

**(If You Answered No To Any Of The Questions On Verdict Form 1 Do No Complete This Form)**

We, the jury, in the above-entitled action, find the following Special Verdict on the questions submitted to us:

1. What amount would a willing buyer have been reasonably required to pay a willing seller for the actual use made by Defendants' of Design C30020?

Amount: $_____

2. What amount of money is adequate to compensate L.A. Printex for the reduction of the fair market value of Design C30020 as a result of Defendants' use?

Amount: $_____

3. What amount of actual damages do you award to L.A. Printex for Defendants' use of Design C30020?

Amount: $_____

Please sign and return this Verdict Form and go to Verdict Form 7.

Dated: _____                    _____
                                                    Foreperson



**<u>Defendants' Verdict Form 7</u>**

**<u>L.A. PRINTEX INDUSTRIES, INC. V. WILLIAM CARTER, CO., *et al*</u>**

Case No. CV 09-2449 AK (FMOx)

**SPECIAL VERDICT – LOST PROFITS – MS. BUBBLES**

**(If You Answered No To Any Of The Questions On Verdict Form 1 Do No**

**Complete This Form)**

We, the jury, in the above-entitled action, find the following Special Verdict on the questions submitted to us:

1. Did L.A. Printex show a causal relationship between Ms. Bubbles' use of Design C30020 and Ms. Bubbles' profits?

YES_____  NO_____

If your answer to Question 1 is "No", sign this Verdict Form without answering any remaining question.  If your answer Question 1 is "Yes", then answer the next questions.

2. What is the total gross revenue obtained by Ms. Bubbles as a result of its use of C30020?

Amount: $_____

3. What is the total amount of deductible expenses incurred by Ms. Bubbles in producing the total amount of gross revenue set forth in your answer to Question 2?

Amount: $_____

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4. What is the total amount of net profits obtained by Ms. Bubbles as a result of its use of Design C30020?  (Subtract your answer to Question 3 from your answer to Question 2).

Amount: $_____

5. What portion of Ms. Bubbles' net profits is attributable to factors other than Ms. Bubbles' use of Design C30020?

Amount: $_____

6. What is the amount of lost profits you award to L.A. Printex for Ms. Bubbles' use of C30020? (Subtract your answer to Question 5 from your answer to Question 4).

Amount: $_____

Please sign this Verdict Form.

Dated: _____                    _____

Foreperson


LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**<u>Defendants' Verdict Form 8</u>**

**<u>L.A. PRINTEX INDUSTRIES, INC. V. WILLIAM CARTER, CO., *et al*</u>**

Case No. CV 09-2449 AK (FMOx)

**SPECIAL VERDICT – LOST PROFITS – AEROPOSTALE**

**(If You Answered No To Any Of The Questions On Verdict Form 1 Do No**

**Complete This Form)**

We, the jury, in the above-entitled action, find the following Special Verdict on the questions submitted to us:

1. Did L.A. Printex show a causal relationship between Aeropostale's use of

   Design C30020 and Aeropostale's profits?

   YES_____   NO_____

If your answer to Question 1 is "No", sign this Verdict Form without answering any remaining question.  If your answer Question 1 is "Yes", then answer the next questions.

2. What is the total gross revenue obtained by Aeropostale as a result of its use

   of C30020?

   Amount: $_____

3. What is the total amount of deductible expenses incurred by Aeropostale in

   producing the total amount of gross revenue set forth in your answer to

   Question 2?

   Amount: $_____

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4.  What is the total amount of net profits obtained by Aeropostale as a result of its use of Design C30020?  (Subtract your answer to Question 3 from your answer to Question 2).

Amount: $_____

5.  What portion of Aeropostale's net profits is attributable to factors other than Aeropostale's use of Design C30020?

Amount: $_____

6.  What is the amount of lost profits you award to L.A. Printex for Aeropostale's use of C30020? (Subtract your answer to Question 5 from your answer to Question 4).

Amount: $_____

Please sign this Verdict Form.

Dated: _____                    _____
                                        Foreperson



14
DEFENDANTS' PROPOSED SPECIAL VERDICT FORMS