
```
 1  UNITED STATES DISTRICT COURT

 2  CENTRAL DISTRICT OF CALIFORNIA

 3  ----------------------------------------X

 4  L.A. PRINTEX INDUSTRIES, INC., a California
    Corporation,
 5                    Plaintiffs,

 6         vs.

 7  WILLIAM CARTER CO., a Georgia Corporation;
    MEIJER, INC., a Michigan Corporation; JC
 8  PENNEY CORPORATION, INC., a Texas
    Corporation; CARSON PIRIE SCOTT & CO., a
 9  Wisconsin Corporation; MACY'S, INC., an Ohio
    Corporation; KOHLS CORPORATION, a Wisconsin
10  Corporation; SEARS HOLDINGS CORPORATION, an
    Illinois Corporation; BURLINGTON COAT FACTORY
11  DIRECT CORP., a New Jersey Corporation;
    CARTER'S, INC. D/b/a CARTER'S CHILDREN, a
12  Georgia Corporation; TOYS 'R' US, INC. D/b/a
    BABIES 'R' US, a New Jersey Corporation;
13  WINMARK CORPORATION d/b/a/ PLATO'S CLOSET, a
    Minnesota Corporation; AEROPOSTALE, INC., a
14  New York Corporation; MS. BUBBLES, INC., a
    California Corporation; HAMMOND GARMENT
15  MANUFACTURING CO., INC., a Louisiana
    Corporation; and DOES 1 through 10,
16  Defendants.
    ----------------------------------------X
17  CASE NO:  CV09-2449 JFW (FMOx)

18

19
            VIDEOCONFERENCE DEPOSITION OF
20                 ROBERT HERNON
                 NEW YORK, NEW YORK
21                 MAY 26, 2010

22

23  ATKINSON-BAKER, INC. COURT REPORTERS
    Telephone: 1-800-288-3376
24  Www.depo.com
    REPORTED BY: RENEE S. HARRIS
25  FILE NO.:  A404FF7
```


```
 1         Q.   So that's the full absorption number
 2   for the company that's then used to multiply
 3   against the revenues derived from the sale of
 4   the garments, and that's how you would find
 5   the net profit number; is that accurate?
 6         A.   Yes.
 7         Q.   So is it fair to say that regardless
 8   of what the gross margin is, in order to
 9   arrive at net profit for a particular
10   garment, you would multiply the same
11   percentage against those revenues to arrive
12   at that net profit?
13         A.   Regardless of gross margin -- with
14   the other costs, yeah, that percentage would
15   be of the total sales of any item, right, the
16   other costs.  There's occupancy, freight,
17   warehousing, the direct costs associated with
18   selling that product, right.
19         Q.   Well, would it be the cost
20   associated with selling that particular
21   product, or would it be the cost associated
22   with selling all of the Aéropostale profits
23   or products?
24         A.   We don't do it -- we don't separate
25   the cost of freight by that one item.  So it
```

```
 1   would have to be all of the items, again, as
 2   a percentage of the total.  It's done in
 3   percentages.
 4        Q.   So let's say if the aggregated
 5   percentage at the company for freight was,
 6   let's say, three percent, you would take that
 7   three percent and multiply it against the
 8   total revenues, regardless of what the item
 9   was?
10        A.   Yeah, just for this purpose, yeah,
11   because we don't have a P&L by item, right.
12   So we would have to do it on an aggregate
13   basis, right.
14        Q.   So your calculations would be the
15   same if you were calculating the profits on a
16   pair of socks, for instance, as it would be
17   if you were calculating profits on a hooded
18   sweatshirt; is that accurate?
19        A.   But the percentage -- it would still
20   be the same percentage.  But the dollars
21   would be different if the hooded sweatshirt
22   was a higher sales price.
23        Q.   I understand that.  I'm just saying
24   in terms of the other overhead costs, it
25   would be the same regardless of what the item
```

```
 1                C E R T I F I C A T E
 2
 3    STATE OF NEW YORK
 4    COUNTY OF NEW YORK
 5
 6            I, RENEE S. HARRIS, Shorthand
 7    Reporter and a Notary Public within and for
 8    the State of New York, do hereby certify:
 9            That the witness whose examination
10    is hereinbefore set forth was duly sworn and
11    that such an examination is a true record of
12    the testimony given by such a witness.
13            I further certify that I am not
14    related to any of these parties to this
15    action by blood or marriage, and that I am
16    not in any way interested in the outcome of
17    this matter.
18            IN WITNESS WHEREOF, I have
19    hereunto set my hand this
20    day of             , 2010.
21
22
23
                              RENEE S. HARRIS
24
25
```