Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Annie Aboulian (SBN 280693)
annie@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM CARTER CO.; et al., <br><br> Defendants. | CASE NO. 09-2449 AK <br><br> **NOTICE OF PARTIAL SETTLEMENT** <br><br> Final Pre-trial Conference: <br> Date: November 9, 2012 <br> Time: 10:00 a.m. <br> Courtroom: 16 – Spring Street <br><br> Trial: November 27, 2012 |

*TO THE HONORABLE COURT, ALL PARTIES, AND THEIR RESPECTIVE COUNSEL:*

PLEASE TAKE NOTICE THAT L.A. Printex Industries, Inc. and Ms. Bubbles, Inc. have reached a tentative settlement agreement relating to the claims between them as alleged in this action. These parties are currently negotiating the terms of the written settlement agreement. After execution and performance, they will submit a stipulation to dismiss the claims at issue as to Ms. Bubbles, Inc.

This action will proceed to trial against remaining defendant Aeropostale, Inc.

Respectfully Submitted,

Dated: October 30, 2012    DONIGER / BURROUGHS

By:    /s/ Scott A. Burroughs
Scott A. Burroughs, Esq.
Annie Aboulian, Esq.
Attorneys for Plaintif