DEBORAH F. SIRIAS, SB# 102893
 E-Mail: sirias@lbbslaw.com
THOMAS S. KIDDE, SB# 61717
 E-Mail: kidde@lbbslaw.com
ROBERT M. COLLINS, SB #254915
 E-Mail: rcollins@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900
Attorneys for Defendant
MS. BUBBLES, INC.

**KATTEN MUCHIN ROSENMAN LLP**
Kristin L. Holland (State Bar No. 187314)
kristin.holland@kattenlaw.com
Cory A. Baskin (State Bar No. 240517)
cory.baskin@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:  310.788.4400
Facsimile:  310.788.4471
Attorneys for Defendant
AEROPOSTALE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California corporation,<br><br>      Plaintiff,<br><br>   v.<br><br>WILLIAM CARTER CO.,  et al,<br><br>      Defendants. | CASE NO. CV09-2449 AK (FMOx)<br>*The Honorable Alex Kozinski*<br><br>**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**<br><br>Pre-Trial Conf.:    November 9, 2012<br>Trial Date:           November 27, 2012<br>Action Filed:        April 8, 2009 |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

Pursuant to the Court's Amended Scheduling and Case Management Order (ECF 165), Defendants Ms. Bubbles, Inc. and Aeropostale, Inc. ("Defendants") hereby submit their proposed Voir Dire Questions:

1.      Have you owned your own business?

2.      Please tell us about your occupation and what you do in your current position or former position if you are retired or not currently employed?

3.      Have you ever invented or created anything new?

4.      Have you ever had anything copyrighted?

5.      Do you consider yourself familiar with the fashion industry?

6.      Have you ever worked in the fashion industry?

7.      Would you say that fashion is important to you?

8.      Do you have a particular favorite designer or store where you prefer to purchase your clothes?  Do any of your friends or immediate family members have such preferences?  If so, please briefly explain.

9.      Have you ever shopped at Aeropostale?  If so, please describe your experience(s)?

10.     Do you feel that you have ever been denied credit for an idea that you originated?

11.     Do you have any opinions about doing business with China or Chinese imports?

12.     Do you consider yourself artistic?

13.     Have you ever worked with any computer assisted design (CAD) program(s)?  If so, please briefly explain.

14.     Do you consider yourself detail oriented or more of a generalist?

15.     Have you heard or read anything about this case or anything similar to these claims?

16.     There may be several witnesses that do not speak English or who speak English as a second language.   Will that affect the way that you view their testimony?

17.     The Court will read you a list of the potential witnesses to provide

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

testimony at this trial.  Do you know or are you familiar with any of these people?

18.   Have you ever sued anyone or been sued?  Please tell us about that.

19.   Do you have any vision or hearing problems that may make serving as a juror difficult for you?

DATED: November 9. 2012          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:   /s/Deborah F. Sirias
      Deborah F. Sirias
      Attorneys for Defendant
      MS. BUBBLES. INC.


DATED: November 9. 2012          **KATTEN MUCHIN ROSENMAN LLP**

By:   /s/Cory A. Baskin
      Cory A. Baskin
      Attorneys for Defendant
      AEROPOSTALE. INC.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW