UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2449 AK (FMOx) | Date | November 9, 2012 |
|---|---|---|---|
| Title | L.A. Printex Industries, Inc. v. William Carter Co., et al. | | |

| Present: The Honorable | ALEX KOZINKSI, Chief Judge of the Ninth Circuit Court of Appeals, sitting by designation |
|---|---|

| Joseph Remigio | Cindy Nirenberg |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Stephen M. Doniger<br>Scott A. Burroughs | Kristin L. Holland<br>Cory A. Baskin<br>Deborah Sirias<br>Robert Collins |

**Proceedings:**     PRETRIAL CONFERENCE

Case called. Appearances made.

Court and Counsel confer as more fully reflected on the record:

- The Court advises the parties that it could not rule on the question regarding Defendant Ms. Bubble's settlement as the issue has not been fully briefed. Counsel shall contact the Courtroom Deputy Clerk, Cynthia Salyer, for a briefing schedule on any motions to dismiss up to the trial.

- The Court addresses argument regarding the substitution of witness Sword. The Court will allow Ms. Sword to testify.

- The Court entertains argument on the pending Motions in Limine filed by the parties and makes the following TENTATIVE rulings:

    Plaintiff's Motion in Limine No. 1: The Court will allow evidence to be presented.

    Plaintiff's Motion in Limine No. 2: The Court will allow evidence regarding overhead that is closely tied to sales.

    Plaintiff's Motion in Limine No. 3: The Court reserves it ruling pending further briefing by the parties.

    Plaintiff's Motion In Limine No. 4: The Court will allow the evidence.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 09-2449 AK (FMOx) | Date | November 9, 2012 |
| Title | L.A. Printex Industries, Inc. v. William Carter Co., et al. | | |

       Defendants' Motion in Limine No. 1:  The Court will allow bifurcation.

       Defendant's Motion inLimine No. 2:  The Court reserves it ruling pending further briefing by the parties.

       Defendant's Motion inLimine No. 3:  Evidence of other litigation will be excluded.

       Defendant's Motion in Limine No. 4:  The Court reserves it ruling pending futher briefing by the parties.

       Defendant's Motion inLimine No. 5:  The Court will allow the evidence.

The Courtroom Deputy Clerk will advise counsel should the Court require any further hearings on the Motions In Limine.  Counsel shall contact the Courtroom Deputy Clerk, Cynthia Salyer, to determine a briefing schedule.

- Court and counsel further confer regarding finalization of Verdict Forms and Jury Instructions during trial.

- The Court CONTINUES the trial date of November 27, 2011 and tentatively sets it for MONDAY, January 21, 2012 in the afternoon.  Jury selection will commence on this day at the District Court's Spring Street Courthouse. Thereafter, trial will continue at the 9th Circuit Court of Appeals in Pasadena, CA.

                                                                                                             :    52

                                                          Initials of Preparer