| YDS: 1240Y | | | | | DATE: 5/24/06 | | |
|---|---|---|---|---|---|---|---|
| PO #: JLQP-04351 w/o 16315 | | | | FABRIC: Thermal | | | |
| CUSTOMER: | | LAGUNA | | | | | |
| PATT NO | | C-30020 | | | | | |

| NO | COLOR | DESCRIPTION | % | VOLUME | COLOR | % |
|---|---|---|---|---|---|---|
| 1 | Berry | R-2RC / Vio | 3.0 / 0.12 | K | [red swatch] | |
| 2 | Berry | ↑ #1 | | K | | |
| 3 | Lime | Bl ObR / Y-678 | 0.08 / 0.5  4(0.1) | K | [green swatch] | |
| 4 | Rose | R-2RC / org / Bk | 0.5 / 0.1 / 0.005 | K | | |
| 5 | Yellow | Y-678 / org / Brn | 0.5 / 0.05 / 0.05 | K | [pink swatch] | |
| 6 | | | | K | [yellow swatch] | |
| 7 | | | | K | | |
| 8 | | | | K | [blue swatch] | |
| 9 | | | | K | | |
| 10 | -- | | | K | -- | |

OK

LAP000005



| CUSTOMER: | | PATTERN NO.: | | | FABRIC: THERMAL |
|---|---|---|---|---|---|
| PRINT COLOR: | | ORDER NO.: | | ORDER YD: 1939 | DATE: 2-2-06 |
| NO. | COLOR | DESCRIPTION | % | VOLUME | COLOR |
| 1 | | LAGUNA | | K | |
| 2 | | C-30020 | | K | |
| 3 | BQHY | R-JRC<br>Wiget | 3%<br>0.12 | K | |
| 4 | BQHY | 1-1 sue | | K | |
| 5 | Lime | BT-OAR<br>Y-618 | 0.08<br>0.15 | K | |
| 6 | Rose | R-JRC<br>ORG<br>BK | 0.15<br>0.1<br>0.005 | K | |
| 7 | Yellow | Y-618<br>ORG<br>BRN | 0.15<br>0.105<br>0.105 | K | |
| 8 | | | | K | |
| 9 | | | | K | |
| 10 | | | | K | |
| 11 | | | | K | |
| 12 | | | | K | |



LAP000008

| YDS : 7.222 (+) 505 yds. | | DATE : 06-07-06 |
|---|---|---|
| PO # : JLGP-04470/72   c/o# 16751/752 | FABRIC : Rayon (mix, 2) | |
| CUSTOMER : | LAGUNA | |
| PATT NO | C-30020 Ⓑ | |

| NO | COLOR | DESCRIPTION | % | VOLUME | COLOR | % |
|---|---|---|---|---|---|---|
| 1 | Burg. | R.2RC<br>Org<br>B.R | 4.6<br>0.53<br>0.76 | K | | |
| 2 | Burg. | same as #1 | | K | | |
| 3 | Lime | same as A-3 | | K | | |
| 4 | Red | R.2RC<br>Org | 1.6<br>0.17 | K | | |
| 5 | Yellow | Y.618<br>Brown<br>Org | 1.0<br>0.4<br>0.05 | K | | |
| 6 | | | | K | | |
| 7 | | | | K | | |
| 8 | | | | K | | |
| 9 | | | | K | | |
| 10 | | | | K | | |

OK

LAP000009



LAP000010

| NO. | COLOR | DESCRIPTION | % | VOLUME | COLOR |
|---|---|---|---|---|---|
| | CUSTOMER : | PATTERN NO.: | | FABRIC : LAWN Jey | |
| | PRINT COLOR : | ORDER NO. : | ORDER YD : | DATE : 12-28-05 | |
| 1 | | LAGUNA | | K | |
| 2 | | C-30020 C | | K | |
| 3 | BUG | R-2RC<br>OPG<br>BK | 46<br>0.53<br>0.36 | K | |
| 4 | BUG | C-1 Soul | | K | |
| 5 | Ink | B-3 Soul | | K | |
| 6 | Red | R-2RC<br>OPG | 1.6<br>0.13 | K | |
| 7 | Yellow | Y-678<br>BRN<br>OPG | 1%<br>0.14<br>0.05 | K | |
| 8 | | | | K | |
| 9 | | | | K | |
| 10 | | | | K | |
| 11 | | | | K | |
| 12 | | | | K | |

LAP000011