| CUSTOMER : Laguna | PATTERN NO.: C 30020 ① | FABRIC : Pointelle |
|---|---|---|
| PRINT COLOR : | ORDER NO. : | ORDER YD : 4 | DATE : 12-05-05 |

| NO. | COLOR | DESCRIPTION | % | VOLUME | COLOR |
|---|---|---|---|---|---|
| | | | | ④ K | |
| 1 | Burgundy | R-2RC | 4.0 | | |
| | | Vio | 0.4 | | |
| 2 | Burgundy | 1 — 1 | | K | |
| 3 | Lime | Bl QAR | 0.08 0.04 | K | |
| | | Y-67B | 1.0 | | |
| 4 | Rose | R-2RC | 0.8 | K | |
| | | Org | 0.2 | | |
| | | Bk | 0.03 | | |
| 5 | Gold | Y-67B | 0.6 | K | |
| | | Org | 0.05 | | |
| | | Brn | 0.1 | | |
| 6 | (Blotch) Cream | Y-67B | 0.01 | ⑥ K | |
| | | Brn | 0.01 | | |
| 7 | | | | K | |
| 8 | | | | K | |
| 9 | | | | K | |
| 10 | | | | K | |
| 11 | | | | K | |
| 12 | | | | K | 12-1 |

LAP000015



LAP000016

CUSTOMER : Laguna    PATTERN NO.: C 30020 (2)    FABRIC : Pointelle

PRINT COLOR :    ORDER NO. :    ORDER YD : 4    DATE : 12-05-05

| NO. | COLOR | DESCRIPTION | % | VOLUME | COLOR |
|-----|-------|-------------|---|--------|-------|
| 1 | DK/Grey | Bl QAR<br>R-2RC<br>BK | 0.0B<br>0.0B<br>0.15  0.05 | 2 K | |
| 2 | Black | S T D | | K | |
| 3 | Grey | BK<br>Bl QAR<br>R-2RC | 0.02<br>0.005<br>0.005 | K | |
| 4 | Teal | Bl RGG<br>Green | 0.1  50/<br>0.1  0.05 | K | |
| 5 | Lt/Red | R-2RC<br>Org<br>Brn | 0.6<br>0.4<br>0.1 | K | |
| 6 | (Blotchy) Cream | 1-6 | | K | |
| 7 | | | | K | |
| 8 | | | | K | |
| 9 | | | | K | |
| 10 | | | | K | |
| 11 | | | | K | |
| 12 | | | | K | |

LAP000017



LAP000018

| CUSTOMER : Laguna | PATTERN NO.: C 30020 | | FABRIC : Thermal | |
|---|---|---|---|---|
| PRINT COLOR : | ORDER NO. : | ORDER YD : 2 | DATE : 1 — 10. — 06 | |

| NO. | COLOR | DESCRIPTION | % | VOLUME | COLOR |
|---|---|---|---|---|---|
| 1 | Berry | R—2RC<br>Vio | 3.0<br>0.2 | ④K | |
| 2 | Berry | 1 — 1 | | K | |
| 3 | Lime | Bl QAR<br>Y—67B | 0.08<br>0.5 | K | |
| 4 | Rose | R—2RC<br>Org<br>BR | 0.5<br>0.1<br>0.005 | K | |
| 5 | Yellow | Y—67B<br>Org<br>Brn | 0.5<br>0.05<br>0.05 | K | |
| 6 | Omit | Ø | | K | |
| 7 | ↓ | | | K | |
| 8 | | | | K | |
| 9 | | | | K | |
| 10 | | | | | |
| 11 | | | | | |
| 12 | | | | K | 12 — 16 |

LAP000019



LAP000020

CUSTOMER : Laguna    PATTERN NO. : C-30020    FABRIC : Thermal

PRINT COLOR :    ORDER NO. :    ORDER YD : 3    DATE : 4-10-06

| NO. | | COLOR | DESCRIPTION | % | | VOLUME | | COLOR |
|---|---|---|---|---|---|---|---|---|
| ① | 1 | Black | B·K | | K | | | |
| | 2 | Black | B·K | | K | | | |
| | 3 | Grey | B·K / R-2RC | 0.13 / 0.03 | 2 K | | | |
| | 4 | Teal | Bl·GGG / Y·678 | 0.23 / 0.06 | K | | | |
| | 5 | Red | R·2RC / Org | 4.4 / 0.2 | K | | | |
| | 6 | | | | K | | | |
| | 7 | | | | K | | | |
| ② | 1 | Burgundy | R·2RC / Org / B·K | 4.67 / 0.53 / 0.37 | ④ K | | | |
| | 2 | Burgundy | 2-1 | | K | | | |
| | 3 | Lime | Y·678 / Bl·QAR / B·K | 1.1 / 0.15 / 0.04 | 2 K | | | |
| | 4 | Red | R·2RC / Org | 1.6 / 0.13 | K | | | |
| | 5 | Yellow | Y·678 / bin / Org | 1.0 / 0.4 / 0.05 | K | | 4.4 | |

LAP000021



LAP000022