# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM CARTER CO., et al,<br><br>　　　　Defendants. | CASE NO. CV09-2449 AK (FMOx)<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR SUPPLEMENTAL BRIEFING SCHEDULE |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4838-4529-4610.1

1

[PROPOSED] ORDER GRANTING STIPULATION FOR SUPPLEMENTAL BRIEFING SCHEDULE

1  The Court, having reviewed and considered the parties' Stipulation for
2  Supplemental Briefing Schedule, and finding good cause therefor,
3  HEREBY ORDERS that the parties' aforementioned Stipulation is
4  GRANTED.
5  IT IS FURTHER ORDERED THAT on or before December 18, 2012,
6  Plaintiff will file any further briefing in support of its Motion in Limine No. 3 (ECF
7  185) and Defendants will file any further briefing in support of their Motions in
8  Limine Nos. 2 (ECF 188) and 4 (ECF 190). On or before December 21, 2012,
9  Plaintiff will file any further briefing in opposition to Defendants' Motions in
10 Limine Nos. 2 (ECF 188) and 4 (ECF 190) and Defendants will file any further
11 briefing in opposition to Plaintiff's Motion in Limine No. 3 (ECF 185).
12
13 IT IS SO ORDERED.
14
15
16 DATED: 12-14, 2012
17
18                              By: _____
19                                  Alex Kozinski
                                    Chief Judge United States Court of
                                    Appeals for the Ninth Circuit