## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **L.A. Printex Industries, Inc., a California Corporation,** <br><br> Plaintiff, <br><br> v. <br><br> **William Carter Co., a Georgia Corporation, et al.,** <br><br> Defendants. | No. 2:09-cv-02449-AK-FMOx <br><br> **ORDER** |

**KOZINSKI**, Circuit Judge:

The court's order was clear: "Colette Stanford shall be permitted to testify via live video transmission from New York. All other witnesses shall testify at trial in person." Order (Dec. 19, 2012), ECF No. 214, at 2. Aeropostale's attempt to circumvent the court's order is noted with prejudice. Lindsay Sword shall testify at trial in person, if at all.

Merry Christmas.

December 24, 2012

_____

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation
28 U.S.C. § 291(b)