UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **L.A. PRINTEX INDUSTRIES, INC.**, a California Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>**WILLIAM CARTER CO.**, a Georgia Corporation, et al.,<br><br>        Defendants. | No. 2:09-cv-02449-AK-FMOx<br><br>**ORDER** |

**KOZINSKI**, Circuit Judge:

In remanding this action, the Ninth Circuit held that the jury could consider fabric swatches "so long as the district court determines that the digital prints that L.A. Printex deposited with the Copyright Office constitute 'one complete copy' of C30020, and that the fabric swatches are also 'copies' of C30020." L.A. Printex Indus., Inc. v. Aeropostale, Inc., 676 F.3d 841, 850 n.3 (9th Cir. 2012). Plaintiff moves to admit several fabric swatches, and defendants move to exclude them. ECF Nos. 185, 188, 211, 212, 216, 218. In addition, defendants ask the court to exclude printed iterations of the deposited design. ECF Nos. 190, 212, 218.

page 2

The fabric swatches and iterations are admissible. The jury can decide whether the deposit is "one complete copy" and whether the fabric swatches and iterations are "copies." See Three Boys Music Corp. v. Bolton, 212 F.3d 477, 486–87 (9th Cir. 2000). To that end, defendants may present evidence regarding the timing of the creation of the fabric swatches and iterations, and testimony regarding any alleged differences between them and the deposit copy.

December 27, 2012

**ALEX KOZINSKI**
Chief Circuit Judge
Sitting by designation
28 U.S.C. § 291(b)