UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   LA09CV02449-AK (FMOx)                                Date: January 11, 2013

Title:   L.A. Printex Industries, Inc. v. William Carter Co. et al
===============================================================================

PRESENT:   THE HONORABLE ALEX KOZINSKI, CHIEF JUDGE
 OF THE NINTH CIRCUIT COURT OF APPEALS, SITTING BY DESIGNATION

 Cynthia Salyer                                 N/A
 Courtroom Clerk                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                     Not Present

**PROCEEDINGS:   IN CHAMBER MINUTE ORDER**

The Court schedules the Trial date in this case for Tuesday, January 22, 2013 at 10:00 a.m.

The Court further orders the parties to attend a Settlement Conference before Magistrate Judge Michael Wilner. Please contact his courtroom deputy clerk, Veronica McKamie at 213-894-5496, to schedule a date and time for the conference and further details.

MINUTES FORM 11                                         Initials of Deputy Clerk cs
CIVIL - GEN                                             Time