DEBORAH F. SIRIAS, SB# 102893
E-Mail: sirias@lbbslaw.com
THOMAS S. KIDDE, SB# 61717
E-Mail: kidde@lbbslaw.com
ROBERT M. COLLINS, SB #254915
E-Mail: rcollins@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
MS. BUBBLES, INC. and
AEROPOSTALE, INC.

**KATTEN MUCHIN ROSENMAN LLP**
Kristin L. Holland (State Bar No. 187314)
kristin.holland@kattenlaw.com
Cory A. Baskin (State Bar No. 240517)
cory.baskin@kattenlaw.com
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendant
AEROPOSTALE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM CARTER CO., et al,<br><br>Defendants. | CASE NO. CV09-2449 AK (FMOx)<br>*The Honorable Alex Kozinski, Chief Judge Ninth Circuit Court of Appeals Sitting by Designation*<br><br>**DEFENDANTS' AMENDED WITNESS LIST**<br><br>Trial Date:     January 22, 2013<br>Action Filed:  April 8, 2009 |

4839-0416-5138.1

Plaintiff L.A. Printex Industries, Inc. ("L.A. Printex") and Defendants Ms. Bubbles, Inc. ("MBI") here submit their First Amended Witness List:

### DEFENDANTS' WITNESSES

**1.      Lindsay Friedman Sword**

Ms. Sword is the Senior Merchant – Short Sleeve and Long Sleeve for Aeropostale. Ms. Sword is expected to testify in person at trial.

Ms. Sword is both a percipient witness and a designated employee expert witness in this case. Ms. Sword will also provide expert opinion testimony regarding Aeropostale's branding, business model, market appeal and customer base, and the lack of any causal relationship between Plaintiff's alleged lost profits and the allegedly infringed design.

Defendants estimate that their direct examination of Ms. Sword will last approximately 1 hour.

**2.      Robert Hernon**

Mr. Hernon is Vice President, Financial Planning and Treasury Operations at Aeropostale. Mr. Hernon is expected to testify in person at trial, which will require that he travel from his home in New York to Los Angeles.

Mr. Hernon is expected to provide testimony regarding the total number of units of the allegedly infringing garment sold by Aeropostale, the revenues derived from its sales of the allegedly infringing garments, Aeropostale's deductible expenses related to these sales, and Aeropostale's financial operations in general.

Defendants estimate that their direct examination of Mr. Hernon will last approximately 1 hour.

**3.      Colette Stanford**

Ms. Stanford is Vice President and Counsel at Aeropostale. Ms. Stanford is expected to testify in person at trial, which will require that she travel from her home in New York to Los Angeles.

Ms. Stanford is expected to provide testimony regarding Aeropostale's business relationship with its vendors in general, and Ms. Bubbles, in particular, and the nature of the representations made by vendors to Aeropostale in the parties' source agreements. Ms. Stanford will also testify that Aeropostale received no cease and desist letter from Plaintiff regarding Aeropostale's sales of the allegedly infringing garment.

Defendants estimate that their direct examination of Ms. Stanford will last approximately 30 minutes.

### 4. Anil Chugh

Mr. Chugh is the Controller of MBI. Mr. Chugh is expected to testify in person at trial and is a designated employee, corporate representative in this case. Mr. Chugh is expected to testify regarding his investigation of the facts giving rise to L.A. Printex's claim for copyright infringement, MBI's sourcing of fabrics from China on the open market, sales of the units of the allegedly infringing garment to Aeropostale, the revenues derived from its sales, and MBI's deductible expenses related to these sales.

Defendants estimate that their direct examination of Mr. Chugh will last approximately 1 hour.

### 5. Louisa Cheng

Ms. Cheng is expected to provide testimony regarding MBI's acquisition of the allegedly infringing design from Hong Kong based, Conrad Trading, Ltd. Ms. Cheng is also expected to provide testimony regarding the business practices of Conrad Trading, Ltd.

Defendants estimate that their direct examination of Ms. Cheng will last approximately 30 minutes.

### 6. David Nolte

Mr. Nolte is a designated expert witness in this case and is expected to testify in person at trial. Mr. Nolte is expected to testify regarding the conclusion of

damages in this case and the expert opinions expressed in his expert report dated April 12, 2010.

Defendants estimate that their direct examination of Mr. Nolte will last approximately 1 ½ hours.

### 7. Jae Nah

Defendants will call Jae Nah, the principal of Plaintiff, L.A. Printex as an adverse witness. Defendants will elicit testimony from Mr. Nah regarding the facts giving rise to L.A. Printex's claims for copyright infringement and contributory copyright infringement and Defendants' defenses to such claims.

Defendants anticipate that their examination of Mr. Nah will last approximately 2 hours.

### 8. Regina Yeh

Defendants will call Regina Yeh to provide testimony concerning her communications with the United States Copyright Office on behalf of L.A. Printex Industries, Inc.

Defendants anticipate that their examination of Ms. Yeh will last approximately 1 hour.

### 9. Scott Burroughs

Defendants will call Scott Burroughs to provide testimony concerning his communications with the United States Copyright Office on behalf of L.A. Printex Industries, Inc.

Defendants anticipate that their examination of Ms. Yeh will last approximately 1 hour.

### 10. Bruce Isaacs

Defendants will call Bruce Isaacs for the sole purpose of authenticating documents produced by Mr. Isaacs in response to Defendants' trial subpoena.

| | | |
|---|---|---|
| 1 | DATED: January 15, 2013 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
| 2 | | |
| 3 | | By:  /s/Deborah F. Sirias |
| 4 | | Deborah F. Sirias<br>Attorneys for Defendant<br>MS. BUBBLES, INC. |
| 5 | | |
| 6 | DATED: January 15, 2013 | **KATTEN MUCHIN ROSENMAN LLP** |
| 7 | | |
| 8 | | By:  /s/Cory A. Baskin |
| 9 | | Cory A. Baskin<br>Attorneys for Defendant<br>AEROPOSTALE, INC. |