| | |
|---|---|
| 1 | DEBORAH F. SIRIAS, SB# 102893 |
|   | E-Mail: sirias@lbbslaw.com |
| 2 | THOMAS S. KIDDE, SB# 61717 |
|   | E-Mail: kidde@lbbslaw.com |
| 3 | ROBERT M. COLLINS, SB #254915 |
|   | E-Mail: rcollins@lbbslaw.com |
| 4 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
|   | 221 North Figueroa Street, Suite 1200 |
| 5 | Los Angeles, California 90012 |
|   | Telephone: 213.250.1800 |
| 6 | Facsimile: 213.250.7900 |
| 7 | Attorneys for Defendant MS. BUBBLES, INC. |
|   | and AEROPOSTALE, INC. |
| 8 | |
| 9 | **KATTEN MUCHIN ROSENMAN LLP** |
|   | Kristin L. Holland (State Bar No. 187314) |
|   | kristin.holland@kattenlaw.com |
| 10 | Cory A. Baskin (State Bar No. 240517) |
|   | cory.baskin@kattenlaw.com |
| 11 | 2029 Century Park East, Suite 2600 |
|   | Los Angeles, CA 90067-3012 |
| 12 | Telephone: 310.788.4400 |
|   | Facsimile: 310.788.4471 |
| 13 | |
| 14 | Attorneys for Defendant |
|   | AEROPOSTALE, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., | CASE NO. 09-2449 AK (FMOx) |
|  | *The Honorable Alex Kozinski, Chief Judge Ninth Circuit Court of Appeals Sitting by Designation* |
| Plaintiff, | |
| v. | **DEFENDANTS' AMENDED EXHIBIT LIST** |
| WILLIAM CARTER CO.; et al., | |
| Defendants. | Trial:     January 22, 2013 |

///

4812-0814-5426.1

Defendants respectfully submit the following amended list of exhibits that are reasonably contemplated to be used at trial, excluding exhibits contemplated to be used solely for impeachment or on rebuttal.

| Number | Description | Witness | If Objection, State Grounds | Response: |
|---|---|---|---|---|
| 100. | Deposit Materials for L.A. Printex Industries Copyright Registration for Small Flower Group A | | | |
| 101. | February 22, 2010 Form CA Supplemental Registration (LAP000048-49) | | | |
| 102. | Floral Pattern Demonstrative | | | |
| 103. | Complaint in matter *LA Printex Industries, Inc. v. Stony Apparel Corp., et al.,* United States District Court for the Central District of California Case No. CV09-0432 DDP (AGRx). | | | |
| 104. | Albums of China Textile Patterns | | | |
| 105. | Aeropostale 2006 Annual Report (AERO 00001-00044) | | | |
| 106. | Aeropostale 2007 Annual Report (AERO 00045-00094) | | | |
| 107. | Expert Report of David Nolte | | | |
| 108. | L.A. Printex Production of Sales Data (AERO 000151) | | | |
| 109. | Ms. Bubbles, Inc. Sales History Report by Customer January 1, 2006 – December 31, 2007 (MBI 038) | | | |

4812-0814-5426.1

1

DEFENDANTS' AMENDED EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| 1 | 110. | Ms. Bubbles, Inc. sales invoices (Nolte Report) | | | |
| 2 | 111. | Ms. Bubbles, Inc. Statements of Account (Nolte Report) | | | |
| 3 | | | | | |
| 4 | 112. | Ms. Bubbles, Inc. Factor Assignment Reports (Nolte Report) | | | |
| 5 | 113. | Ms. Bubbles, Inc. Sales Commission Reports 2006 (Nolte Report) | | | |
| 6 | | | | | |
| 7 | 114. | Ms. Bubbles, Inc. Invoice Journal by Customer (Nolte Report) | | | |
| 8 | 115. | Ms. Bubbles, Inc. Chargeback Journal by Salesman 2006 (Nolte Report) | | | |
| 9 | | | | | |
| 10 | 116. | Aeropostale Deductions (Nolte Report) | | | |
| 11 | 117. | Conrad Trading Invoices (MBI 039, 041) | | | |
| 12 | | | | | |
| 13 | 118. | Ms. Bubbles, Inc. Purchase/Receive Inventory Statements (Nolte Report) | | | |
| 14 | | | | | |
| 15 | 119. | Trans Pacific Logistics Invoices (MBI 040-044) | | | |
| 16 | 120. | SDV Air Link Invoices (Nolte Report) | | | |
| 17 | 121. | Sea Link (U.S.A.) Inc. Invoices (MBI 045) | | | |
| 18 | 122. | Credit Card Fee Report for Fiscal Years 2006 and 2007 (Nolte Report) | | | |
| 19 | 123. | L.A. Printex Header with L.A. Printex Fabric, (Jae S. Nah Depo, Ex.10) | | | |
| 20 | | | | | |
| 21 | 124. | Two documents from MBI's Production File | | | |
| 22 | 125. | Copyright Registration Form CA, Feb. 25, 2010 (LAP Bate Nos. 135-136) | | | |
| 23 | 126. | Cover Email and Redacted Emails to Copyright Office (LAP Bate Nos. 137-153) | | | |
| 24 | | | | | |
| 25 | 127. | Fabric Designs and Sales by Item Detail (LAP Bate Nos. 42-47) | | | |
| 26 | | | | | |
| 27 | 128. | Form CA Supplemental Registration Application dated Feb. 22, 2010 and Attachment | | | |
| 28 | | | | | |

4812-0814-5426.1                                    2
DEFENDANTS' AMENDED EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| | | (LAP Bate Nos. 48-51) | | | |
| | 129. | Invoices reflecting sale of C3200 Design (LAP Bate Nos. 52-123) | | | |
| | 130. | Application for Registration C3200 Design Dated May 12, 2010 and Attachment (LAP Bate Nos. 124-128) | | | |
| | 131. | L.A. Printex May 13, 2010 Correspondence with Copyright Office and Attachments (LAP Bate Nos. 129-134) | | | |
| | 132. | Pictures of Chinese Fabric Market | | | |
| | 133. | Conrad Trading Fabric Sample | | | |
| | 134. | Settlement Agreement from L.A. Printex Industries, Inc. v. Stony Apparel Corp., et al., United States District Court for the Central District of California Case No. CV09-0432 DDP (AGRx). | | | |
| | 135. | Documents produced in response to subpoena to Wyman Isaacs, LLP | | | |

The parties specifically reserve the right to amend the Joint Exhibit List prior to the commencement of trial.

Respectfully submitted,

DATED: January 15, 2013         **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By:     /s/Deborah F. Sirias
        Deborah F. Sirias
        Attorneys for Defendant
        MS. BUBBLES, INC.

4812-0814-5426.1

3
DEFENDANTS' AMENDED EXHIBIT LIST

1  DATED: January 15, 2013    **KATTEN MUCHIN ROSENMAN LLP**
2
3              By:    /s/Cory A. Baskin
                      Cory A. Baskin
4                     Attorneys for Defendant
                      AEROPOSTALE, INC.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28