UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-2449 AK (FMOx) | Date | January 16, 2012 |
|---|---|---|---|
| Title | L.A. Printex Industries  v.  William Carter Co. et al. | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | None | None |
| Deputy Clerk | Court Smart | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Scott Burroughs<br>Stephen Doniger<br>Daniel Chung | Deborah F. Sirias<br>Cory A. Baskin<br>Lance Labell<br>He Young Lee<br>Kristen Holland<br>Anil Chugh |

**Proceedings:    ORDER RE: SETTLEMENT CONFERENCE**

The Court conducted a settlement conference with the parties today. The case did not settle. The parties are encouraged to continue to discuss potential resolution of the case.

2 : 30

Initials of Preparer    vm