# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 09-2449 AK (FMOx) | Date | January 28, 2013 |
| Title | L.A. Printex Industries  v.  William Carter Co. et al. | | |

| | | |
|---|---|---|
| Present: The Honorable | Michael R. Wilner | |
| Veronica McKamie | CS 1/28/2013 | None |
| Deputy Clerk | Court Smart | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Scott Burroughs<br>Stephen Doniger<br>Daniel Chung | Deborah F. Sirias<br>Cory A. Baskin<br>Lance Labell<br>He Young Lee<br>Kristen Holland<br>Anil Chugh |

**Proceedings:**   **ORDER RE: SETTLEMENT CONFERENCE**

The Court conducted a settlement conference with the parties today. Case settles.

3 : 45

Initials of Preparer   vm