# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV09-02449-AK (FMOx) |
| Title: | L.A. PRINTEX INDUSTRIES, INC. v. WILLIAM CARTER CO., et al |
| Date | January 29, 2013 |

Present: The Honorable **ALEX KOZINSKI**

| Cynthia Salyer | Maria Dellaneve |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Stephen M. Doniger | Deborah Siras |
| Scott A. Burroughs | Cory Baskin |
| | Kristin Holland |

_____ Day Court Trial     5th Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   _____ Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
_____ Witnesses called, sworn and testified.   _____ Exhibits Identified   _____ Exhibits admitted.
_____ Plaintiff(s) rest.   _____ Defendant(s) rest.
_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.
_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.
_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.
_____ Jury polled.   _____ Polling waived.
**X** Filed Witness & Exhibit Lists   **X** Filed jury notes.   **X** Filed jury instructions.
_____ Judgment by Court for _____   _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   _____ Briefs to be filed by _____
_____ Motion to dismiss by _____ is   _____ granted.   _____ denied.   _____ submitted.
_____ Motion for mistrial by _____ is   _____ granted.   _____ denied.   _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is   _____ granted.   **X** denied.   _____ submitted.
**X** Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
_____ Case continued to _____ for further trial/further jury deliberation.
**X** Other:   JURY IS RELEASED.

_____ : 30

Initials of Deputy Clerk   CS

cc: