Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> WILLIAM CARTER CO.; *et al.*, <br><br> Defendants. | Case No.: CV09-2449 AK (FMOx) <br> *The Honorable Alex Kozinski Presiding* <br><br> **STIPULATION TO DISMISS ACTION** <br><br> *[[Proposed] Order Filed Concurrently Herewith]* |

-1-
STIPULATION TO DISMISS ACTION

*TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:*

WHEREAS, Plaintiff and Defendants have reached a confidential settlement agreement calling for the dismissal of this action;

IT IS HEREBY STIPULATED that that this action be dismissed with prejudice; and Plaintiff, on the one hand, will not seek its own costs and fees incurred in this action from Defendants, and Defendants, and each of them, on the other, will not seek their own costs and fees incurred in this action from Plaintiff; and this Court will retain jurisdiction to enforce the terms of the settlement agreement.

SO STIPULATED.

DATED: February 15, 2013          DONIGER / BURROUGHS

By: /s/ Scott A. Burroughs
SCOTT A. BURROUGHS, ESQ.
Attorneys for Plaintiff
L.A. PRINTEX INDUSTRIES, INC.

DATED: February 15, 2013          LEWIS BRISBOIS ET AL.

By: /s/ Deborah Sirias
DEBORAH SIRIAS, ESQ.
Attorneys for Defendant
MS. BUBBLES, INC.

DATED: February 15, 2013          KATTEN MUCHIN ET AL.

By: /s/ Kristin L. Holland
KRISTIN L. HOLLAND, ESQ.
Attorneys for Defendant
AEROPOSTALE, INC.