JS-6

Stephen M. Doniger, Esq. (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

L.A. PRINTEX INDUSTRIES, INC.,

Plaintiff,

v.

WILLIAM CARTER CO.; *et al.*,

Defendants.

Case No.: CV09-2449 AK (FMOx)
*The Honorable Alex Kozinski Presiding*

███████ **ORDER ON STIPULATION TO DISMISS ACTION**

-1-

▓▓▓▓▓▓▓▓▓▓ **ORDER:**

IT IS HEREBY ORDERED that this action be dismissed with prejudice; and that Plaintiff, on the one hand, will not seek its own costs and fees incurred in this action from Defendants, and Defendants, and each of them, on the other, will not seek their own costs and fees incurred in this action from Plaintiff; and this Court will retain jurisdiction to enforce the terms of the settlement agreement.

<u>SO ORDERED</u>.

Date: 2-19- , 2013        By: _____
                               HONORABLE ALEX KOZINSKI