```
 1

 2                    UNITED STATES DISTRICT COURT

 3

 4                   CENTRAL DISTRICT OF CALIFORNIA

 5                          WESTERN DIVISION

 6

 7
     L.A. PRINTEX INDUSTRIES, INC.,)
 8                                 )
                                   )
 9        PLAINTIFF,               }
                                   )
10        VS.                      ) CASE CV 09-2449-AK(FMO)
                                   )
11                                 ) LOS ANGELES, CALIFORNIA
     WILLIAM CARTER CO., ET AL.,   )
12                                 ) JANUARY 28, 2013
                                   )
13                                 ) (7:28 P.M. TO 7:38 P.M.)
          DEFENDANTS.              )
14   _____)

15
                          SETTLEMENT CONFERENCE
16              BEFORE THE HONORABLE MICHAEL R. WILNER
                    UNITED STATES MAGISTRATE JUDGE
17

18

19   APPEARANCES:           SEE NEXT PAGE

20   COURT REPORTER:        RECORDED; COURT SMART

21   COURTROOM DEPUTY:      VERONICA MC KAMIE

22   TRANSCRIBER:           DOROTHY BABYKIN
                            COURTHOUSE SERVICES
23                          1218 VALEBROOK PLACE
                            GLENDORA, CALIFORNIA  91740
24                          (626) 963-0566

25   PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
     TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.
```

```
 1   APPEARANCES:  (CONTINUED)
     FOR THE PLAINTIFF:           DONIGER BURROUGHS APC
 2                                BY:  SCOTT A. BURROUGHS
                                       STEPHEN M. DONIGER
 3                                     ATTORNEYS AT LAW
                                  300 CORPORATE POINTE
 4                                SUITE 355
                                  CULVER CITY, CALIFORNIA  90230
 5

 6   FOR AEROPOSTALE:             KATTEN MUCHIN ROSENMAN LLP
                                  BY:  KRISTIN L. HOLLAND
 7                                     ATTORNEY AT LAW
                                  2029 CENTURY PARK EAST
 8                                SUITE 2600
                                  LOS ANGELES, CALIFORNIA  90067
 9

10   FOR MS. BUBBLES:             LEWIS BRISBOIS BISGAARD & SMITH
                                  BY:  DEBORAH F. SIRIAS
11                                     ATTORNEY AT LAW
                                  221 NORTH FIGUEROA STREET
12                                SUITE 1200
                                  LOS ANGELES, CALIFORNIA  90012
13
     ALSO PRESENT:                JAE NAH
14                                PLAINTIFF REPRESENTATIVE

15                                RANDY KATZ
                                  ATTORNEY AT LAW
16                                FOR MS. BUBBLES, INC.

17                                ANIL CHUGH
                                  CFO, MS. BUBBLES, INC.
18
                                  TERRENCE CHEW
19                                NATIONAL LIABILITY ADJUSTOR
                                  HANOVER INSURANCE COMPANY
20
                                  PHILLIP SMITH
21                                COVERAGE COUNSEL
                                  HANOVER INSURANCE COMPANY
22
                                  BERGER KAHN
23                                BY:  LANCE LABELL
                                       ATTORNEY AT LAW
24                                2 PARK PLAZA
                                  IRVINE, CALIFORNIA  92614
25                                MIDCENTURY INSURANCE COMPANY
```

```
 1   APPEARANCES:  (CONTINUED)
     ALSO PRESENT:                MARK SHOQUIST
 2                                REPRESENTATIVE
                                  MIDCENTURY INSURANCE COMPANY
 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                              I N D E X

 2    CASE NO. CV 09-2449-AK(FMO)                    JANUARY 28, 2013

 3    PROCEEDINGS:    SETTLEMENT (TELEPHONICALLY)

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   LOS ANGELES, CALIFORNIA; MONDAY, JANUARY 28, 2013; 7:28 P.M.
 2           THE COURT:  ALL RIGHT.  THIS IS JUDGE -- THIS IS
 3   JUDGE WILNER AT 7:30 P.M. ON MONDAY, JANUARY 28TH, 2013.
 4           THE PARTIES HAVE RESOLVED THE TWO PENDING COPYRIGHT
 5   CASES, ONE IN TRIAL IN FRONT OF JUDGE KOZINSKI, A SECOND CASE
 6   ABOUT TO GO TO TRIAL IN FRONT OF JUDGE PREGERSON NEXT MONTH.
 7           AS A SETTLEMENT OF BOTH CASES, MS. SIRIAS IS GOING
 8   TO RECITE THE TERMS, AND THEN WE'LL HAVE AGREEMENT FROM THE
 9   RELEVANT PARTIES.
10           MS. SIRIAS, FOR MS. BUBBLES.
11           MS. SIRIAS:  THE PAYMENT OF $1.5 MILLION TO SETTLE
12   BOTH CASES REFERRED TO BY JUDGE WILNER.
13           THE DATE OF PAYMENT SHALL BE 14 DAYS.
14           THE COURT:  FROM TODAY, WHICH IS FEBRUARY --
15   MONDAY, FEBRUARY 11TH, 2013.
16           MS. SIRIAS:  MR. LABELL, DID YOU WANT TO ADD
17   SOMETHING WITH REGARD TO PAYMENT?
18           MR. LABELL:  YES.  MIDCENTURY INSURANCE COMPANY'S
19   CONTRIBUTION WILL BE $750,000.  AND OF THAT AMOUNT 80 PERCENT
20   WILL BE ALLOCATED TOWARD SATISFACTION OF THE ATTORNEY'S FEE
21   CLAIM.
22           MR. SMITH:  THIS IS PHILLIP SMITH ON BEHALF OF
23   HANOVER.
24           HANOVER WILL CONTRIBUTE THE REMAINING $750,000 ON
25   BEHALF OF AEROPOSTALE.  AND IT'S UNDERSTOOD THAT HANOVER IS
```

```
 1   RESERVING ANY RIGHTS THAT AEROPOSTALE MAY HAVE AGAINST MS.
 2   BUBBLES AND ANY RIGHTS THAT AEROPOSTALE MAY HAVE AGAINST
 3   MIDCENTURY -- ANY AND ALL RIGHTS ARE RESERVED.
 4            THE COURT:  ALL RIGHT.
 5            LET'S HAVE THE TERMS OF THE RELEASE, AND LET'S
 6   IDENTIFY THE TWO CASES BY CASE NUMBER, PLEASE.
 7            MS. SIRIAS:  KRISTIN, I DON'T HAVE ANY PLEADINGS IN
 8   FRONT OF ME, BUT WE WILL NEED A FULL RELEASE.  WE'LL ALSO
 9   NEED SECTION 1542 LANGUAGE FROM THE CIVIL CODE AS PART OF THE
10   RELEASES AND WAIVERS.
11            CONFIDENTIALITY WILL BE LIMITED.  PLAINTIFF IS
12   ALLOWED TO SAY THAT BOTH CASES WERE RESOLVED FOR A LOW
13   SEVEN-FIGURE SUM.
14            RANDY, DID YOU WANT TO ADD SOMETHING?
15            MR. BURROUGHS:  YES.  MAY I CLEAN UP THAT RELEASE
16   LANGUAGE A LITTLE BIT.
17            THIS IS SCOTT BURROUGHS SPEAKING FOR THE PLAINTIFF.
18            THE PLAINTIFF IS GOING TO RELEASE ALL CLAIMS AT
19   ISSUE IN THE CASES NUMBERED CV 08-7085 AND CV 09-2449.
20            AND WE'LL ALSO AGREE TO RELEASE ITS CLAIMS UNDER
21   THE 1542 STATUTE.
22            THE COURT:  THAT'S FINE.  MS. SIRIAS IS NODDING HER
23   HEAD IN THE COURTROOM.
24            OKAY.  WHAT ELSE?
25            MR. LABELL:  I NEED TO ADD ONE CLARIFYING POINT.
```

1  MIDCENTURY'S PAYMENT OF THE $750,000 IS ON BEHALF OF ITS

2  INSURED MS. BUBBLES AND MS. BUBBLES ONLY.

3          THE COURT:  OKAY.

4          MS. HOLLAND:  AND THIS IS KRISTIN --

5          THE COURT:  ANYBODY ELSE NEED TO BE HEARD IN TERMS

6  OF WHAT THE PARAMETERS OF THE AGREEMENT ARE?

7          MS. HOLLAND:  -- BUBBLES AND AEROPOSTALE UNDER THE

8  INDEMNITY.  NOR DOES IT RESOLVE ANYTHING BETWEEN AEROPOSTALE

9  AND MIDCENTURY.

10         THE COURT:  COULDN'T HEAR -- COULDN'T HEAR WHOEVER

11 IS SPEAKING.  YOU NEED TO SPEAK MUCH LOUDER ON THE LINE,

12 PLEASE.

13         MS. HOLLAND:  ALL RIGHT.  THIS IS KRISTIN HOLLAND

14 FOR AEROPOSTALE.

15         I JUST WANT TO ADD THAT THE SETTLEMENT DOES NOT

16 RESOLVE ANY ISSUES BETWEEN MS. BUBBLES AND AEROPOSTALE OR

17 AEROPOSTALE AND MS. BUBBLES' INSURER MIDCENTURY.

18         MR. SMITH:  YES.  THIS IS PHILLIP SMITH, AND, YES,

19 THAT IS AN ABSOLUTE TERM OF THE SETTLEMENT.  I AGREE.

20         THE COURT:  OKAY.

21         MR. BURROUGHS:  AND JUST TO CLOSE THE LOOP ON THE

22 RELEASE, ANY CLAIMS BY ANY OF THE DEFENDANTS OR THEIR

23 INSURERS AS TO L.A. PRINTEX ARE RELEASED.

24         MR. SMITH:  YES.  PHILLIP SMITH.  YES.

25         MR. LABELL:  LANCE LABELL.  YES.

1             MS. HOLLAND: WELL, WITH RESPECT TO THESE TWO
2    CASES, RIGHT?
3             MR. SMITH: RIGHT. RIGHT.
4             THE COURT: CORRECT. THE TWO FILED FEDERAL
5    COPYRIGHT CASES.
6             MR. SMITH: THAT'S CORRECT.
7             THE COURT: OKAY.
8             ALL RIGHT.
9             MS. HOLLAND: AND ARE WE NOT ADMITTING ANY
10   WRONGDOING, ET CETERA? ARE WE DOING ANY OF THOSE TERMS?
11            MR. SMITH: THIS IS PHIL SMITH.
12            I MEAN, I'M ASSUMING THAT'S GOING TO BE PART OF A
13   SETTLEMENT AGREEMENT. THAT'S PRETTY STANDARD LANGUAGE, BUT
14   --
15            MS. HOLLAND: THERE'S NO -- SINCE THERE WON'T BE
16   ANY LONG-FORM SETTLEMENT, I'M JUST ADDING THEN THAT THE
17   PARTIES ARE SETTLING. YOU KNOW, WE'RE DOING THIS IN LIEU OF
18   CONTINUED LITIGATION AND APPEALS. WE'RE NOT ADMITTING
19   WRONGDOING. WE WOULD HAVE HAD APPELLATE RIGHTS WITH RESPECT
20   TO THE VERDICT ON FRIDAY. WE'RE OBVIOUSLY GIVING THOSE UP IN
21   ORDER TO RESOLVE THINGS NOW. BUT WE'RE NOT ADMITTING
22   WRONGDOING, NOR ARE WE SUBMITTING TO THE LEGITIMACY OF THE
23   VERDICT. THIS IS A COMPROMISE AND SETTLEMENT OF CONTESTED
24   CLAIMS.
25            THE COURT: MR. DONIGER.

1     MR. DONIGER: FROM PLAINTIFF, UNDERSTOOD. AND NO
2  WORRIES.
3     MR. LABELL: LANCE LABELL.
4     I ALSO WANT TO ADD THAT IF THIS IS IN LIEU OF A
5  FORMAL SETTLEMENT AGREEMENT OR WRITTEN AGREEMENT, THAT WE
6  SHOULD SAY THIS IS A BINDING AGREEMENT THAT IS ENFORCEABLE
7  UNDER 664.6.
8     MR. SMITH: OR ITS FEDERAL EQUIVALENT.
9     MR. LABELL: OR ITS FEDERAL -- (LAUGHING). THANK
10 YOU. WE'RE IN FEDERAL COURT. WE'LL ENFORCE IT PURSUANT TO
11 FEDERAL RULES.
12    THAT IT IS ADMISSIBLE INTO EVIDENCE IF NECESSARY,
13 AND THAT IT IS A FINAL AGREEMENT.
14    MS. HOLLAND: OKAY. AND I'M --
15    MR. DONIGER: -- PLAINTIFF.
16    MS. HOLLAND: ALSO, PURSUANT TO THIS AGREEMENT THE
17 PARTIES ARE AGREEING TO BEAR THEIR OWN ATTORNEY'S FEES AND
18 COSTS INCURRED THROUGH THE DATE OF THE AGREEMENT. IT'S
19 BINDING ON EVERYONE. AND EVERYONE ON THE PHONE HAS AUTHORITY
20 TO BIND THEIR CLIENT TO THE TERMS.
21    LET'S SEE. THERE'S NO MODIFICATION OR AMENDMENT OF
22 THE AGREEMENT EXCEPT BY A WRITING SIGNED BY THE PARTIES.
23    I'M LOOKING AT OTHER THINGS.
24    AND THIS IS THE ENTIRE AGREEMENT OF THE PARTIES.
25 IT SUPERSEDES PRIOR ORAL AGREEMENTS AND DISCUSSIONS DURING

1    THIS MEDIATION.
2            MS. SIRIAS:  RANDY, I THINK YOU MENTIONED TO ME
3    THAT YOU WANTED TO RESERVE SOMETHING ON THE RECORD.  IT'S NOT
4    GOING TO AFFECT THE SETTLEMENT.  I THINK YOU JUST WANTED TO
5    RESERVE IT.
6            MR. KATZ:  AT THIS POINT I DON'T.
7            MS. SIRIAS:  OKAY.
8            MR. DONIGER:  AND THE TERMS AS WE'VE HEARD THEM,
9    PLAINTIFF'S COUNSEL IS AGREEABLE TO THEM.
10           THE COURT:  OKAY.
11           MR. DONIGER:  DOES THE COURT WANT TO OBTAIN THE
12   ASSENT OF THE PARTIES?
13           THE COURT:  YES.
14   WHO'S THE PLAINTIFF'S REPRESENTATIVE TONIGHT?
15           MR. DONIGER:  JAE NAH.
16           THE COURT:  OKAY.  MR. NAH, DO YOU AGREE TO THE
17   TERMS OF THE SETTLEMENT AS IT'S BEEN EXPLAINED TO YOU
18   TONIGHT?
19           MR. NAH: YES.  MY NAME IS JAE NAH.  I AGREE.
20           THE COURT:  OKAY.  MR. NAH AGREES.
21           MR. NAH:  WITH ALL THE SETTLEMENT.
22           THE COURT:  OKAY.
23           FOR DEFENDANT MS. BUBBLES?
24           MS. SERIAS:  DEBORAH SIRIAS HERE FOR MS. BUBBLES.
25   AND ANIL CHUGH IS HERE.

```
1                  MR. CHUGH.
2                  MR. CHUGH:  YEAH, IF MY -- IF RANDY AND DEBORAH ARE
3     OKAY WITH THAT, I'M OKAY WITH THAT.
4                  RANDY, ARE YOU OKAY?
5                  MR. KATZ:  I AM OKAY WITH IT.  THANK YOU.
6                  THE COURT:  ALL RIGHT.  SO, MR. CHUGH AGREES TO THE
7     TERMS OF THE AGREEMENT.  AND HE'S BEEN PRESENT THE ENTIRE
8     NIGHT.
9                  FOR AEROPOSTALE.
10                 MS. HOLLAND:  KRISTIN HOLLAND FOR AEROPOSTALE.  AND
11    THERE IS NO CLIENT REPRESENTATIVE ON THE PHONE.  I HAVE BEEN
12    IN COMMUNICATION WITH THE CLIENT.  AND ALTHOUGH THEY HAVE NOT
13    HEARD THESE TERMS, I DO HAVE AUTHORITY TO AGREE TO THE
14    SETTLEMENT.
15                 THE COURT:  OKAY.
16                 IN THAT CASE, THE INSURERS WANT TO BE HEARD?
17                 MR. SMITH:  MR. CHEW --
18                 THE COURT:  YOU CLEARLY AGREE.  SO, GO AHEAD.
19                 MR. SMITH:  MR. CHEW, ARE YOU ON THE PHONE?
20                 MR. CHEW:  YES, I'M HERE.
21                 MR. SMITH:  YEAH.  JUST -- YOU CAN JUST GIVE YOUR
22    FULL NAME AND STATE WHETHER YOU AGREE TO THE TERMS.
23                 MR. CHEW:  TERRENCE CHEW WITH HANOVER.  AND HANOVER
24    AGREES.
25                 THE COURT:  THANK YOU, MR. CHEW.  HANOVER AGREES.
```

```
 1                AND FOR MIDCENTURY.
 2                MR. SHOQUIST:  MARK SHOQUIST, S-H-O-Q-U-I-S-T, WITH
 3     MIDCENTURY.  AND I AGREE.
 4                THE COURT:  THANK YOU, MR. SHOQUIST.
 5                THE PARTIES CAN ORDER A COPY OF THE TRANSCRIPT IF
 6     THEY NEED IT, BUT YOU HAVE SETTLED THIS CASE.  I INTEND TO
 7     SEND CHIEF JUDGE KOZINSKI AN EMAIL INFORMING OF THAT IN ABOUT
 8     TWO MINUTES.
 9                ANYTHING ELSE WE NEED TO TAKE UP?
10                MS. SIRIAS:  I THINK WE ALL SHOW UP TOMORROW JUST
11     TO MAKE SURE.
12                THE COURT:  YOU UNDOUBTEDLY SHOW UP IN FRONT OF
13     JUDGE KOZINSKI TOMORROW.  BUT YOU CAN TELL HIM YOU SETTLED
14     THIS CASE THIS EVENING AT ABOUT 7:40.
15                MR. DONIGER:  AND A MAJOR, MAJOR, MAJOR THANK YOU
16     TO YOU, YOUR HONOR, FOR THE TIME YOU PUT IN TONIGHT.
17                THANK YOU.
18                THE COURT:  YOU'RE VERY WELCOME.
19                MR. SMITH:  THANK YOU, YOUR HONOR.
20                THE COURT:  GOOD NIGHTS, FOLKS.
21                THANK YOU VERY MUCH.  GOOD LUCK.
22                MR. BURROUGHS:  THANK YOU, YOUR HONOR.
23                MR. LABELL:  THANK YOU.
24                MS. SIRIAS:  THANK YOU.
25                MR. CHEW:  THANK YOU, YOUR HONOR.
```

1    MS. HOLLAND:  THANK YOU.
2    (PROCEEDINGS CONCLUDED 7:38 P.M.)

14

```
 1
 2                      C E R T I F I C A T E
 3
 4         I CERTIFY THAT THE FOREGOING IS A CORRECT
 5    TRANSCRIPT FROM THE ELECTRONIC SOUND RECORDING OF THE
 6    PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.
 7
 8
 9
10    /S/ DOROTHY BABYKIN                    4/19/13
11    _____      _____
12    FEDERALLY CERTIFIED TRANSCRIBER         DATED
13    DOROTHY BABYKIN
14
15
16
17
18
19
20
21
22
23
24
25
```